JOHN ALLCOCK (Bar No. 098895)
KATHRYN B. RILEY (Bar No. 211187)
ERICA J. PASCAL (Bar. No. 248677)
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA  92101-4297
Tel:  619.699.2800
Fax:  619.699.2701
john.allcock@dlapiper.com
kathryn.riley@dlapiper.com
erica.pascal@dlapiper.com

Attorneys for Plaintiffs
BIOGEN IDEC, INC and GENENTECH, INC.

FILED

'10 MAR 23  PM 4: 16

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _MTB_                    DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

'10 CV U 6 0 8 BEN        WVG

| | |
|---|---|
| BIOGEN IDEC, INC., and GENENTECH, INC. | CASE NO. |
| Plaintiffs, | **DECLARATORY RELIEF COMPLAINT FOR PATENT INFRINGEMENT** |
| v. | **JURY TRIAL DEMANDED** |
| GLAXOSMITHKLINE LLC and GLAXO GROUP LIMITED, | |
| Defendants. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DLA PIPER LLP (US)
SAN FRANCISCO

WEST\21906182.4                                    COMPLAINT

Plaintiffs Biogen Idec, Inc. ("Biogen") and Genentech, Inc. ("Genentech") (collectively "Plaintiffs") for their Complaint against Glaxo Group Limited and GlaxoSmithKline LLC (collectively "Defendants" and "GSK") allege as follows:

## NATURE OF THE CASE

1.  This is an action for declaratory judgment of patent infringement of United States Patent No. 7,682,612. This action arises out of GSK's manufacture, use, sale, offer to sell and importation of GSK's ofatumumab, GSK's anti-CD20 antibody product marketed as Arzerra™ for treatment of chronic lymphocytic leukemia.

## PARTIES

2.  Plaintiff Biogen Idec Inc. is a Delaware Corporation with its principal place of business at 14 Cambridge Center, Cambridge, Massachusetts, 02142.

3.  Plaintiff Genentech Inc. is a Delaware Corporation with its principal place of business at 1 DNA Way, South San Francisco, California, 94080.

4.  On information and belief, Defendant GlaxoSmithKline LLC is a Delaware limited liability company having a principal place of business at One Franklin Plaza, Philadelphia, Pennsylvania, 19102.

5.  On information and belief, Defendant Glaxo Group Limited d/b/a GlaxoSmithKline ("Glaxo Group Limited") is an English Corporation, having a principal place of business at Glaxo Wellcome House, Berkeley Avenue, Greenford, Middlesex, UB6 0NN, United Kingdom.

## JURISDICTION AND VENUE

6.  This is a civil action for declaratory judgment of patent infringement arising under the patent laws of the United States 35 U.S.C. § 1 et seq. and the Declaratory Judgment Act 28 U.S.C. §§ 2201 and 2202. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

7.  On information and belief, Glaxo Group Limited is in the business of manufacturing, marketing, importing and selling pharmaceutical drugs and biologic products, including antibody products such as Arzerra™. On information and belief, Glaxo Group Limited

1   directly or indirectly, through its affiliates and agents including GlaxoSmithKline LLC,

2   manufactures, markets and sells pharmaceutical drugs and biologics products, including the

3   Arzerra™ product, throughout the United States and in this judicial district. Thus, Glaxo Group

4   Limited is subject to personal jurisdiction in this district because it regularly and continuously

5   conducts business, including business directly related to Arzerra™, within the state of California.

6       8.      On information and belief, GlaxoSmithKline LLC directly, or indirectly,

7   manufactures, markets or sells pharmaceutical drug and biologic products, including antibody

8   products such as Arzerra™, throughout the United States and in this judicial district. On

9   information and belief, GlaxoSmithKline LLC purposefully has conducted and continues to

10  conduct business in this judicial district. Thus, GlaxoSmithKline LLC is subject to personal

11  jurisdiction in this district because it regularly and continuously conducts business, including

12  business directly related to Arzerra™, within the state of California.

13      9.      A real, immediate and substantial dispute exists between the parties given GSK's

14  manufacture, sale, offering to sell, distributing and importing of Arzerra™ and the issuance of

15  U.S. Patent No. 7,682,612 which covers methods of treating chronic lymphocytic leukemia by

16  administering anti-CD20 antibodies such as Arzerra™.

17      10.     Venue is proper in this district pursuant to 28 U.S.C. § 1391(b), (c) and (d).

18                              **FACTUAL BACKGROUND**

19      11.     On March 23, 2010 the United States Patent and Trademark Office duly and

20  legally issued U.S. Patent No. 7,682,612 ("the '612 patent") to Biogen Idec Inc., the assignee of

21  the named inventors Christine A. White and Antonio J. Grillo-Lopez and Genentech, Inc., the

22  assignee of the named inventors Susan Desmond-Hellmann and John G. Curd. A copy of the '612

23  patent is attached as Exhibit A.

24      12.     On information and belief, on or about October 26, 2009, GSK received approval

25  from the United States Food & Drug Administration ("FDA") for the ofatumumab antibody

26  product, an anti-CD20 antibody, also known as Arzerra™ for the treatment of chronic

27  lymphocytic leukemia.

28  /////

13.     On information and belief, after receiving FDA approval for Arzerra™, GSK began manufacturing, importing, offering to sell, selling and distributing Arzerra™ in the United States.

14.     On information and belief, GSK's Arzerra™ product as sold includes a label which informs, encourages and promotes the use of this product for the treatment of chronic lymphocytic leukemia.

15.     On information and belief, members of the medical community, who encompass but are not limited to, physicians, nurses, hospitals, medical clinics and medical facilities, pharmacists, pharmacies and pharmacist wholesalers, treat patients for chronic lymphocytic leukemia using Arzerra™ manufactured, sold and distributed by GSK.

16.     Idec Pharmaceuticals was a San Diego, CA company.  Idec Pharmaceuticals merged with Biogen in 2003.

17.     Biogen has a research and corporate campus in San Diego, California, for cancer (oncology) research.

18.     Inventors Christine A. White and Antonio J. Grillo-Lopez were employed by Idec Pharmaceuticals in San Diego, CA when the '612 patent was filed with the United States Patent and Trademark Office.

19.     On information and belief, inventor Christine A. White is a resident of San Diego County, CA.

20.     On information and belief, inventor Antonio J. Grillo-Lopez is a resident of San Diego County, CA.

21.     Genentech has a manufacturing facility in Oceanside, San Diego County, California, for the manufacture of biologic products.

22.     Genentech and Biogen co-market throughout the United States, including in this district, an anti-CD-20 antibody product known as Rituxan® for the treatment of chronic lymphocytic leukemia and other diseases.

23.     Activities related to the creation and development of Rituxan® occurred primarily in San Diego, CA.

-4-

**FIRST CLAIM FOR RELIEF**
**(Declaratory Judgment as to Inducing Infringement of the '612 Patent)**

24.     Plaintiffs repeat and reallege every allegation in paragraphs 1 through 23, as if fully set forth herein.

25.     GSK received notice of the '612 patent at least as of its issue date on March 23, 2010 and/or the filing of the instant Complaint.

26.     Through the conduct alleged above, GSK knowingly and actively induces and will induce members of the medical community, who encompass but are not limited to physicians, nurses, hospitals, medical clinics and medical facilities, pharmacists, pharmacies and pharmacist wholesalers for whom GSK manufactures and to whom GSK markets, offers to sell, sells and distributes Arzerra™, to directly infringe one or more claims of the '612 patent by their treatment of patients with Arzerra™ for chronic lymphocytic leukemia.

27.     Plaintiffs are being and will be injured and damaged by GSK's knowing and active inducement of members of the medical community to directly infringe the '612 patent.

**SECOND CLAIM FOR RELIEF**
**(Declaratory Judgment as to Contributory Infringement of the '612 Patent)**

28.     Plaintiffs repeat and reallege every allegation in paragraphs 1 through 23, as if fully set forth herein.

29.     GSK received notice of the '612 patent at least as of its issue date on March 23, 2010 and/or the filing of the instant Complaint.

30.     Through the sale, marketing and distribution of Arzerra™, GSK is contributing and will contribute to the infringement of one or more claims of the '612 patent by the medical community, who encompass but are not limited to physicians, nurses, hospitals, medical clinics and medical facilities, pharmacists, pharmacies and pharmacist wholesalers for whom GSK manufactures and to whom GSK markets, offers to sell, sells and distributes Arzerra™, through the medical community's treatment of patients with GSK's Arzerra™ for chronic lymphocytic leukemia.  GSK manufactures, markets, offers to sell, sells and/or distributes Arzerra™ and will

DLA PIPER LLP (US)
SAN FRANCISCO

WEST\21906182.4                                                                                          COMPLAINT

1 continue to do so, knowing the same to be especially made or especially adapted for use in an

2 infringement of the '612 patent.  Upon information and belief, Arzerra™ is not a staple article or

3 commodity of commerce suitable for substantial noninfringing use.

4      31.    Plaintiffs are being and will be injured and damaged by GSK's contribution to the

5 infringement of the '612 patent by members of the medical community.

## PRAYER FOR RELIEF

7     WHEREFORE, Plaintiffs pray for relief as follows:

8     1.    An order adjudging and decreeing that Defendant Glaxo Group Limited induces

9 and will induce the direct infringement of the '612 patent;

10     2.    An order adjudging and decreeing that Defendant GlaxoSmithKline LLC induces

11 and will induce the direct infringement of the '612 patent;

12     3.    An order adjudging and decreeing that Defendant Glaxo Group Limited

13 contributes to and will contribute to the direct infringement of the '612 patent;

14     4.    An order adjudging and decreeing that Defendant GlaxoSmithKline LLC

15 contributes to and will contribute to the direct infringement of the '612 patent;

16     5.    An order directing GSK to account for and pay to Plaintiffs all damages caused to

17 Plaintiffs by reason of GSK's patent infringement, pursuant to 35 U.S.C. § 284, including

18 increased damages under 35 U.S.C. § 284;

19     6.    An award of pre-judgment and post-judgment interest on the damages caused to

20 Plaintiffs by GSK;

21     7.    A declaration that this case is exceptional and an award of attorneys' fees under

22 35 U.S.C. § 285 and costs and expenses in this action; and

23 /////

24 /////

25 /////

26 /////

27 /////

28 /////

8.    For all other relief the Court deems just and proper.

Dated:  March 23, 2010                DLA PIPER LLP (US)

By
JOHN ALLCOCK
KATHRYN B. RILEY
ERICA J. PASCAL
Attorneys for Plaintiffs
BIOGEN IDEC, INC. and GENENTECH, INC.

## DEMAND FOR JURY TRIAL

Plaintiffs Biogen Idec, Inc. and Genentech, Inc. hereby demand a jury trial.

Dated:  March 23, 2010                DLA PIPER LLP (US)

By
JOHN ALLCOCK
KATHRYN B. RILEY
ERICA J. PASCAL
Attorneys for Plaintiffs
BIOGEN IDEC, INC. and GENENTECH, INC.

DLA PIPER LLP (US)
SAN FRANCISCO

WEST\21906182.4

-7-

COMPLAINT

**EXHIBIT A**



US007682612B1

(12) **United States Patent**
White et al.

(10) Patent No.: **US 7,682,612 B1**
(45) Date of Patent: **Mar. 23, 2010**

(54) **TREATMENT OF HEMATOLOGIC MALIGNANCIES ASSOCIATED WITH CIRCULATING TUMOR CELLS USING CHIMERIC ANTI-CD20 ANTIBODY**

(75) Inventors: **Christine A. White**, Rancho Santa Fe, CA (US); **Antonio J. Grillo-López**, Rancho Santa Fe, CA (US); **John G. Curd**, Hillsborough, CA (US); **Susan Desmond-Hellmann**, Alamo, CA (US)

(73) Assignees: **Biogen Idec Inc.**, Cambridge, MA (US); **Genentech, Inc.**, South San Francisco, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/436,347**

(22) Filed: **Nov. 9, 1999**

**Related U.S. Application Data**

(60) Provisional application No. 60/107,658, filed on Nov. 9, 1998.

(51) Int. Cl.
*A61K 39/395* (2006.01)
*A61K 51/00* (2006.01)

(52) U.S. Cl. ............... 424/138.1; 424/1.49; 424/133.1; 424/143.1; 424/144.1; 424/153.1; 424/156.1; 424/174.1; 530/350; 530/387.1; 530/387.3; 530/387.7; 530/388.1; 530/388.2; 530/388.73; 530/388.85; 530/391.3

(58) **Field of Classification Search** ................. 435/7.1, 435/7.2, 7.21, 7.23, 7.24, 7.25; 530/387.1, 530/387.3, 387.7, 388.1, 388.2, 388.73, 388.8, 530/388.85, 391.3, 350; 424/1.49, 133.1, 424/143.1, 144.1, 156.1, 174.1, 153.1, 138.1
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,816,397 | A | 3/1989 | Boss |
| 4,816,567 | A | 3/1989 | Cabilly |
| 4,831,175 | A | 5/1989 | Gansow |
| 4,975,278 | A | 12/1990 | Senter |
| 5,099,069 | A | 3/1992 | Gansow |
| 5,124,471 | A | 6/1992 | Gansow |
| 5,225,539 | A | 7/1993 | Winter |
| 5,246,692 | A | 9/1993 | Gansow |
| 5,250,732 | A | 10/1993 | Kogan |
| 5,286,850 | A | 2/1994 | Gansow |
| 5,439,665 | A | 8/1995 | Hansen |
| 5,460,785 | A | 10/1995 | Rhodes |
| 5,500,362 | A | 3/1996 | Robinson |
| 5,530,101 | A | 6/1996 | Queen |
| 5,595,721 | A | 1/1997 | Kaminski |
| 5,648,267 | A | 7/1997 | Reff |
| 5,677,171 | A * | 10/1997 | Hudziak et al. |
| 5,677,180 | A | 10/1997 | Robinson |
| 5,686,072 | A | 11/1997 | Uhr |
| 5,691,135 | A | 11/1997 | Braun |

| | | | |
|---|---|---|---|
| 5,691,320 | A | 11/1997 | von Borstel |
| 5,693,780 | A | 12/1997 | Newman |
| 5,721,108 | A | 2/1998 | Robinson |
| 5,726,023 | A | 3/1998 | Cheever |
| 5,736,137 | A | 4/1998 | Anderson et al. |
| 5,776,456 | A | 7/1998 | Anderson et al. |
| 5,843,398 | A | 12/1998 | Kaminski |
| 5,843,439 | A | 12/1998 | Anderson et al. |
| 6,015,542 | A | 1/2000 | Kaminski |
| 6,090,365 | A * | 7/2000 | Kaminski et al. .......... 424/1.49 |
| 6,120,767 | A | 9/2000 | Robinson |
| 6,183,744 | B1 | 2/2001 | Goldenberg |
| 6,287,537 | B1 | 9/2001 | Kaminski et al. |
| 6,306,393 | B1 | 10/2001 | Goldenberg |
| 6,399,061 | B1 | 6/2002 | Anderson et al. |
| 6,399,649 | B1 * | 6/2002 | Lerner ........................ 514/423 |
| 6,455,043 | B1 * | 9/2002 | Grillo-Lopez ............ 424/155.1 |
| RE38,008 | E | 2/2003 | Abrams |
| 6,565,827 | B1 | 5/2003 | Kaminski |
| 6,652,852 | B1 | 11/2003 | Robinson |
| 6,682,734 | B1 | 1/2004 | Anderson et al. |
| 6,893,625 | B1 | 5/2005 | Robinson |
| 7,381,560 | B2 | 6/2008 | Anderson |
| 7,422,739 | B2 | 9/2008 | Anderson |
| 2002/0009444 | A1 | 1/2002 | Grillo-López |
| 2002/0197255 | A1 | 12/2002 | Anderson |
| 2003/0018014 | A1 * | 1/2003 | Lerner ........................ 514/80 |
| 2003/0021781 | A1 | 1/2003 | Anderson |
| 2003/0026804 | A1 * | 2/2003 | Grillo-Lopez ............ 424/144.1 |
| 2003/0082172 | A1 | 5/2003 | Anderson |
| 2003/0095963 | A1 | 5/2003 | Anderson |
| 2003/0147885 | A1 | 8/2003 | Anderson |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 173 494 A2 | 5/1986 |
| EP | 0 274 394 A2 | 7/1988 |
| EP | 0510949 A2 * | 4/1991 |
| EP | 0 125 023 A1 | 11/1994 |
| EP | 0 682 040 A1 | 11/1995 |
| EP | 0 451 216 B1 | 1/1996 |
| EP | 0 669 836 B1 | 3/1996 |
| EP | 0 752 248 A1 | 1/1997 |
| WO | 87/02671 A1 | 5/1987 |
| WO | 88/04936 A1 | 7/1988 |

(Continued)

OTHER PUBLICATIONS

Rudikoff et al. Single amino acid substitution altering antigen-binding specificity. Proc. Natl. Acad. Sci. USA 79:1979-1983, 1982.*

(Continued)

*Primary Examiner*—Alana M. Harris
(74) *Attorney, Agent, or Firm*—Sidley Austin LLP

(57) **ABSTRACT**

Chronic Lymphocytic Leukemia (CLL) may be treated with antibodies directed against the CD20 antigen.

**60 Claims, No Drawings**

**US 7,682,612 B1**

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2003/0206903 A1 | 11/2003 | Grillo-López |
| 2004/0167319 A1 | 8/2004 | Teeling |
| 2004/0213784 A1 | 10/2004 | Grillo-López |
| 2005/0163708 A1 | 7/2005 | Robinson |
| 2005/0186205 A1 | 8/2005 | Anderson |
| 2006/0034835 A1 | 2/2006 | Adams |
| 2008/0038261 A1 | 2/2008 | Grillo-López |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | 89/00999 A1 | 2/1989 |
| WO | 91/04320 A1 | 4/1991 |
| WO | 92/07466 A1 | 5/1992 |
| WO | 93/02108 A1 | 2/1993 |
| WO | 94/08601 | 4/1994 |
| WO | 94/11026 A2 | 5/1994 |
| WO | 98/42378 | 10/1998 |
| WO | 00/09160 A1 | 2/2000 |
| WO | 00/27428 A1 | 5/2000 |
| WO | 00/27433 A1 | 5/2000 |
| WO | 01/10460 A1 | 2/2001 |
| WO | 2004/056312 A2 | 7/2004 |

### OTHER PUBLICATIONS

Panka et al. Variable region framework differences result in decreased or increased affinity of variant anti-digoxin antibodies. Proc. Natl. Acad. Sci. USA 85:3080-3084, 1988.*

Mariuzza and Poljak. Three-dimensional structure of an antigen-antibody comple at 2.8 A resolution. Science 233:747-753, 1986.*

Seaver, Sally. Monoclonal antibodies in industry: more difficult than originally thought. Genetic Engineering News:19 and 21, 1982.*

Ford and Donegan. Immunotherapeutic approaches to treatment of B-cell neoplasms: Focus on unconjugated antibodies. Highlights in Oncology Practice 16(2):40-50, 1998.*

Maloney et al. IDEC-C2B8 (Rituximab) Anti-CD20 monoclonal antibody therapy in patients with relapsed low-grade non-hodgkin's lymphoma. Blood 90(6):2188-2195, 1982.*

Byrd et al. Rituximab Therapy in Hematologic Malignancy Patients with circulating blood tumor cells: association with increased infusion-related side effects and rapid blood tumor clearance. Journal of Clinical Oncology 17(3); 791-795, Mar. 1999.*

Stenbyggard et al. Toremifene and tamoxifen in advanced breast cancer—a double-blind cross-over trial. Breast Cancer Research and Treatment 25: 57-63, 1993.*

Byrd, J.C. et al., "Rituximab Therapy in Hematologic Malignancy Patients with Circulating Blood Tumor Cells; Association with Increased Infusion-Related Side Effects and Rapid Tumor Lysis" Blood, vol. 92 (10, Supp. 1):106A (1998) p. 433.

Byrd, J.C. et al., "Rituximab Therapy in Hematologic Malignancy Patients with Circulating Blood Tumor Cells; Association with Increased Infusion-Related Side Effects and Rapid Blood Tumor Clearance" Journal of Clinical Oncology, vol. 17, No. 3 (Mar. 1999) pp. 791-795.

Berinstein, N.L. et al., "Association of Serum Rituximab (IDEC-C2B8) Concentration and Anti-Tumor Response in the Treatment of Recurrent Low-Grade or Follicular Non-Hodgkin's Lymphoma" Annals of Oncology, vol. 9 (1998) pp. 995-1001.

Byrd, John C., "Rituximab Therapy in Patients with Chronic Lymphocytic Leukemia" Biotherapy and Radio Pharm, vol. 14, No. 4 (1999) p. 323.

O'Brien, S., "Phase I/II Study of Rituxan in Chronic Lymphocytic Leukemia (CLL)" Blood, vol. 92 (10, Supp.1): 105a (1998) p. 431, abstract only.

Maloney, David G. et al., "IDEC-C2B8: Results of a Phase I Multiple-Dose Trial in Patients with Relapsed Non-Hodgkin's Lymphoma" Journal of Clinical Oncology, vol. 15, No. 10 (Oct. 1997) pp. 3266-3274.

Robinson, Randy et al., "Chimeric Mouse-Human Anti-Carcinoma Antibodies that Mediate Different Anti-Tumor Cell Biological Activities" Hum. Antibod. Hybridomas, vol. 2 (Apr. 1991) pp. 84-93.

Reff, Mitchell et al., "Depletion of B Cells In Vivo by a Chimeric Mouse Human Monoclonal Antibody to CD20" Blood, vol. 83, No. 2 (Jan. 15, 1994) pp. 435-445.

Liu, Alvin Y. et al., "Production of a Mouse-Human Chimeric Monoclonal Antibody to CD20 with Potent Fc-Dependent Biologic Activity" Journal of Immunology, vol. 139, No. 10 (Nov. 15, 1987) pp. 3521-3526.

DeNardo, Sally J. et al., "The Biologic Window for Chimeric L6 Radioimmunotherapy" Cancer Supplement, vol. 73, No. 3 (Feb. 1, 1994) pp. 1023-1032.

Attachment from The Second Annual IBC International Conference on Antibody Engineering (Dec. 16-18, 1991) San Diego, CA, abstract only.

Kaminski, et al., "Radioimmunotherapy of Advanced B-Cell Lymphoma with Non Bone Marrow Ablative Doses of 131-I MB-1 Antibody," 1990, Antibody Immunoconjugates, and Radiopharmaceuticals, vol. 3, No. 1, Abstract No. 83.

Kaminski, et al., "Radioimmunodetection (RID) and Non Marrow Ablative Radioimmunotherapy (RIT) of B-Cell Lymphoma With 131-I MB-1 Antibody," 1990, Proceedings of ASCO, vol. 9, p. 271, Abstract No. 1051.

Wahl, et al., "Radioimmunotherapy of B-Cell Lymphoma with I131 MB-1 Monoclonal Antibody," The Journal of Nuclear Medicine: Proceedings of the 37th Annual Meeting, p. 852, Abstract No. 622.

Kaminski, et al., "Phase I Trial Results of 131-I MB-1 Antibody Radioimmunotherapy (RAIT) of B-Cell Lymphoma," 1990, Antibody Immunoconjugates, and Radiopharmaceuticals, vol. 4, No. 1, p. 36, Abstract No. 66.

Kaminski, et al., "Phase I Evaluation of 131-I MB-1 Antibody Radioimmunotherapy (RIT) of B-Cell Lymphoma," 1990, Blood, vol. 76, No. 10, p. 355a, Abstract No. 1409.

Kaminski, et al., "Imaging, Dosimetry, and Radioimmunotherapy With Iodine 131-Labeled Anti-CD37 Antibody in B-Cell Lymphoma," 1992, Journal of Clinical Oncology, vol. 10, No. 11, pp. 1696-1711.

Jensen, M., et al., Rapid tumor lysis in a patient with B-cell chronic lymphocytic leukemia and lymphocytosis treated with an anti-CD20 monoclonal antibody (IDEC-C2B8, rituximab), Ann. Hematol. 77:89-91 (1998).

McLaughlin, P., et al., Rituximab chimeric anti-CD20 monoclonal antibody therapy for relapsed indolent lymphoma: half of patients respond to a four-dose treatment program, Journal of Clinical Oncology, 16(8)2826-2833 (1998).

Malony, D., et al., IDEC-C2B8 (Rituximab) anti-CD20 monoclonal antibody therapy in patients with relapsed low-grade non-Hodgkin's lymphoma, Blood, 90(6):2188-2195 (Sep. 15, 1997).

Vartholomatos, G., et al., Rituximab (anti-CD20 monoclonal antibody) administration in a young patient with resistant B-prolymphocytic leukemia, Acta Haematol. 102:94-98 (1999).

Adams R.A. Cancer Res. 27: 2479-82, 1967. Formal discussion: the role of transplantation in the experimental investigation of human leukemia and lymphoma.

Adams R.A. et al. Cancer Res. 28(6): 1121-25, 1968. Direct implantation and serial transplantation of human acute lymphoblastic leukemia in hamsters, SB-2.

Alas S. et al. Clin. Cancer Res. 7(3): 709-23, 2001 Inhibition of interleukin 10 by rituximab results in down-regulation of bcl-2 and sensitization of B-cell non-Hodgkin's lymphoma to apoptosis.

Alas S. et al. Clin. Cancer Res. 8(3): 836-45, 2002. Rituximab modifies the cisplatin-mitochondrial signaling pathway, resulting in apoptosis in cisplatin-resistant non-Hodgkin's lymphoma.

Almasri N.M. et al. Am. J. Hematol. 40: 259-63, 1992. Reduced expression of CD20 antigen as a characteristic marker for chronic lymphocytic leukemia.

Anderson D.R. et al. Biochem. Soc. Trans. 25(2): 705-08, 1997. Targeted anti-cancer therapy using rituximab, a chimaeric anti-CD20 antibody (IDEC-C2B8) in the treatment of non-Hodgkin's B-cell lymphoma.

Anderson D.R. et al. Second IBC Int'l. Conference on Antibody Engineering, San Diego, Dec. 16-18, 1991. Immunoreactivity and effector function associated with a chimeric anti-CD20 antibody (abstract of presentation).

Anderson K.C. et al. *Blood* 63(6): 1424-33, 1984. Expression of human B cell-associated antigens on leukemias and lymphomas: a model of human B cell differentiation.

Anderson K.C. et al. *Blood* 69(2): 597-604, 1987. Hematologic engraftment and immune reconstitution posttransplantation with anti-B1 purged autologous bone marrow.

Appelbaum F.R. *Hem. Onc. Clin. N. Amer.* 5(5): 1013-25, 1991. Radiolabeled monoclonal antibodies in the treatment of non-Hodgkin's lymphoma.

Armitage J.O. et al. *Cancer* 50: 1695-1702, 1982. Predicting therapeutic outcome in patients with diffuse histiocytic lymphoma treated with cyclophosphamide, adriamycin, vincristine and prednisone (CHOP).

Armitage J.O. et al. *J. Clin. Oncol.* 16(8): 2780-95, 1998. New approach to classifying non-Hodgkin's lymphomas: clinical features of the major histologic subtypes. Non-Hodgkin's Lymphoma Classification Project.

Azogui O. et al. *J. Immunol.* 131: 1205-08, 1983. Inhibition of IL-2 production after human allogeneic bone marrow transplantation.

Badger C.C. et al. *Cancer Res.* 46: 6223-28, 1986. Experimental radioimmunotherapy of murine lymphoma with [131]I-labeled anti-T-cell antibodies.

Berinstein N.L. et al. *Ann. Oncol.* 9: 995-1001, 1998. Association of serum rituximab (IDEC-C2B8) concentration and anti-tumor response in the treatment of recurrent low-grade/ or follicular non-Hodgkin's lymphoma.

Beychok S. (in) *Cells of Immunoglobulin Synthesis*, B. Pernis et al., eds. New York: Academic Press, 1979, 69-88. Comparative aspects of in vitro and cellular assembly of immunoglobulins.

Bhan A.K. et al. *J. Exp. Med.* 154: 737-49, 1981. Stages of B cell differentiation in human lymphoid tissue.

*Biogen Idec Inc. v. Corixa Corp.*, Case No. 01-CV-1637 IEG (RBB), Order Granting Patentees' Motion For Reconsideration, etc. (S.D. Cal., Jan. 22, 2004).

*Biogen Idec Inc. v. Corixa Corp.*, Case No. 01-CV-1637 IEG (RBB), Stipulation of Dismissal of Claims and Counterclaims with Prejudice and Order (S.D.Cal., May 13, 2004).

Bosly A. et al. *Noum Reu Fr. Hematol.* 32(1): 13-16, 1990. Interleukin-2 after autologous bone marrow transplantation as consolidative immunotherapy against minimal residual disease.

Boulianne G.L. et al. *Nature* 312: 643-46, 1984. Production of functional chimaeric mouse/human antibody.

Brunner K.T. et al. *Immunology* 14(2): 181-96, 1968. Quantitative assay of the lytic action of immune lymphoid cells on [51]Cr-labelled allogeneic target cells in vitro; inhibition by isoantibody and by drugs.

Buchsbaum D.J. et al. *Cancer Res.* 50: 993s-999s, 1990. Comparative binding and preclinical localization and therapy studies with radiolabeled human chimeric and murine 17-1A monoclonal antibodies.

Buchsbaum D.J. et al. *Cancer Res.* 52: 637-642, 1992. Improved delivery of radiolabeled anti-B1 monoclonal antibody to Raji lymphoma xenografts by predosing with unlabeled anti-B1 monoclonal antibody.

Buchsbaum D.J. et al. *Cancer Res.* 52: 6476-81, 1992. Therapy with unlabeled and [131]I-labeled pan-B-cell monoclonal antibodies in nude mice bearing Raji Burkitt's lymphoma xenografts.

Buchsbaum D.J. et al. *I.J. Rad. Oncol. Biol. Phys.* 18: 1033-41, 1990. A comparison of [131]I-labeled monoclonal antibody 17-1A treatment to external beam irradiation on the growth of LS174T human colon carcinoma xenografts.

Buchsbaum D.J. et al. *I.J. Rad. Oncol. Biol. Phys.* 25(4): 629-38, 1993. Comparison of [131]I-and [90]Y-labeled monoclonal antibody 17-1A for treatment of human colon cancer xenografts.

Byrd J.C. et al. *Blood* 92(10 Suppl. 1): 106a, abst. No. 432, Nov. 1998. Rituximab therapy in hematologic malignancy patients with circulating blood tumor cells: association with increased infusion-related side effects and rapid tumor lysis.

Byrd J.C. et al. *J. Clin. Oncol.* 19(8): 2153-64, 2001. Rituximab using a thrice weekly dosing schedule in B-cell chronic lymphocytic leukemia and small lymphocytic lymphoma demonstrates clinical activity and acceptable toxicity.

Caligiuri M.A. *Semin. Oncol.* 20(6 Suppl 9): 3-10, 1993. Low-dose interleukin-2 therapy: rationale and potential clinical applications.

Caligiuri M.A. et al. *J. Clin. Oncol.* 9(12): 2110-19, 1991. Extended continuous infusion low-dose recombinant interleukin-2 in advanced cancer: prolonged immunomodulation without significant toxicity.

Caligiuri M.A. et al. *J. Clin. Invest.* 91(1): 123-32, 1993. Selective modulation of human natural killer cells in vivo after prolonged infusion of low dose recombinant interleukin 2.

Calvert J.E. et al. *Semin. Hematol.* 21(4): 226-243, 1984. Cellular events in the differentiation of antibody-secreting cells.

Carrasquillo J.A. et al. *J. Nucl. Med.* 26: 67, abst. No. 276, 1985. Improved imaging of metastatic melanoma with high dose 9.2.27 In-111 monoclonal antibody.

Cayeux S. et al. *Blood* 74(6): 2270-77, 1989. T-cell ontogeny after autologous bone marrow transplantation: failure to synthesize interleukin-2 (IL-2) and lack of CD2- and CD3-mediated proliferation by both CD4- and CD8+ cells even in the presence of exogenous IL-2.

Chen J.J. et al. *J. Immunol.* 143(3): 1053-57, 1989. Tumor idiotype vaccines. VI. Synergistic anti-tumor effects with combined "internal image" anti-idiotypes and chemotherapy.

Chinn P. et al. *Proc. Ann. Mtg. Am. Assn. Cancer Res.* 33: 337, abst. No. 2012, 1992. Production and characterization of radiolabeled anti-CD20 monoclonal antibody: potential application to treatment of B-cell lymphoma.

Chinn P.C. et al. *Int. J. Cancer* 15(5): 1017-25, Nov. 1999. Preclinical evaluation of 90Y-labeled anti-CD20 monoclonal antibody for treatment of non-Hodgkin's lymphoma.

Chinn P.C. et al. *Proc. Ann. Mtg. Am Assn. Cancer Res.* 40: 574, abst. No. 3786, 1999. A [90]Y-labeled anti-CD20 monoclonal antibody conjugated to MX-DTPA, a high-affinity chelator for yttrium.

Chomczynki P. et al. *Anal. Biochem.* 162: 156-59, 1987. Single-step method of RNA isolation by acid guanidinium thiocyanate-phenol-chloroform extraction.

Clark E.A. et al. *J. Cell. Biochem.* (Suppl. 9A): 63, 1985. Anti-Bp35 antibody induces human B cell proliferation: implications for in vivo immunotherapy.

Clark E.A. et al. *Proc. Natl. Acad. Sci. USA* 82(6): 1766-70, 1985. Role of the Bp35 cell surface polypeptide in human B-cell activation.

Classon B.J. et al. *J. Exp. Med.* 169(4): 1497-1502, 1989. The primary structure of the human leukocyte antigen CD37, a species homologue of the rat MRC OC-44 antigen.

Cogliatti S.B. et al. *Sw. Med. Weekly* 192: 607-17, 2002. Who is WHO and what was REAL?

Cohen Y. et al. *Leuk. Lymphoma* 43(7): 1485-87, 2002. Large B-cell lymphoma manifesting as an invasive cardiac mass: sustained local remission after combination of methotrexate and rituximab.

Coiffier B. et al. *Blood* 92(6): 1927-32, 1998. Rituximab (anti-CD20 monoclonal antibody) for the treatment of patients with relapsing or refractory aggressive lymphoma: a multicenter phase II study.

Coiffier B. et al. *N. Engl. J. Med.* 346(4): 235-42, 2002. CHOP chemotherapy plus rituximab compared with CHOP alone in elderly patients with diffuse large-B-cell lymphoma.

Coleman M. et al. *Blood* 102(11 pt.1): 29a, abst. No. 29, 2003. The BEXXAR® therapeutic regimen (tositumomab and Iodine I-131 tositumomab) produced durable complete remissions in heavily pretreated patients with non-Hodgkin's lymphoma (NHL), rituximab-relapsed/refractory disease, and rituximab-naïve disease.

Colombat P. et al. *Blood* 97: 101-06, 2001. Rituximab (anti-CD20 monoclonal antibody) as single first-line therapy for patients with follicular lymphoma with a low tumor burden: clinical and molecular evaluation.

Cope. *Oncology* 8(4): 100, 1994. Antibody shows promise in treating B-cell lymphoma.

Curtl B.D. *Crit. Rev. Oncol. Hematol.* 14(1): 29-39, Feb. 1993. Physical barriers to drug delivery in tumors.

Czuczman M. et al. *Blood* 94(10 Supp. 1): 99a, abst. No. 432, 1999. Rituximab/CHOP chemoimmunotherapy in patients (PTS) with low grade lymphoma (LG/F NHL): progression free survival (PFS) after three years (median) follow-up.

Czuczman M.S. et al. *J. Clin. Oncol.* 17(1): 268-76, Jan. 1999. Treatment of patients with low-grade B-cell lymphoma with the combination of chimeric anti-CD20 monoclonal antibody and CHOP chemotherapy.

Davis T. et al. *Blood* 90(10 Suppl. 1): 509a, abst. No. 2269 (Nov. 1997). Retreatments with RITUXAN™ (Rituximab, Idec-C2B8) have significant efficacy, do not cause HAMA, and are a viable minimally toxic alternative in relapsed or refractory non-Hodgkin's lymphoma (NHL).

Davis T. et al. *Proc. Ann. Mtg. ASCO* 17: abst. No. 39 (May 1998). Combination immunotherapy of low grade or follicular (LG/F) non-Hodgkin's lymphoma (NHL) with rituximab and alpha interferon: interim analysis.

Davis T.A. et al. *Blood* 86(10 Suppl. 1): 237a, abst. No. 1080, 1995. ⁹⁰Yttrium labeled anti-CD20 therapy for recurrent B cell lymphoma.

Davis T.A. et al. *Blood* 92(10 Suppl. 1): 414a, abst. No. 1710, Nov. 1998. Rituximab: phase II (PII) retreatment (ReRx) study in patients (PTS) with low grade or follicular (LG/F) NHL.

Davis T.A. et al. *Blood* 92(10 Suppl. 1): 414a, abst. No. 1711, Nov. 1998. Rituximab: first report of a phase II (PII) trial in NHL patients (PTS) with bulky disease.

Davis T.A. et al. *Clin. Cancer Res.* 5(3): 611-15, 1999. Therapy of B-cell lymphoma with anti-CD20 antibodies can result in the loss of CD20 antigen expression.

Davis T.A. et al. *J. Clin. Oncol.* 17(6): 1851-57, 1999. Single-agent monoclonal antibody efficacy in bulky non-Hodgkin's lymphoma: results of a phase II trial of rituximab.

Davis T.A. et al. *Proc. Ann. Mtg. Amer. Assn. Cancer Res.* 39: 435, abst. No. 2964, 1998. Therapy of B cell lymphoma with anti-CD20 can result in relapse with loss of CD20 expression.

Demidem A. et al. *Cancer Biother. Radiopharm.* 12(3): 177-86, 1997. Chimeric anti-CD20 (IDEC-C2B8) monoclonal antibody sensitizes a B cell lymphoma cell line to cell killing by cytotoxic drugs.

DeNardo G.L. et al. *Cancer Res.* 50(3 Suppl.): 1014s-1016s, 1990. Fractionated radioimmunotherapy of B-cell malignancies with ¹³¹I-Lym-1.

DeNardo G.L. et al. *Int. J. Rad. Oncol. Biol. Phys.* 11(2): 335-48, 1985. Requirements for a treatment plan in system for radioimmunotherapy.

DeNardo S.J. et al. *Antibody Immunoconj. Radiopharm.* 1(1): 17-33, 1988. Pilot studies of radioimmunotherapy of B cell lymphoma and leukemia using I-131 Lym-1 monoclonal antibody.

DeNardo S.J. et al. *Cancer* 73(3 Suppl.): 1023-32, 1994. The biologic window for chimeric L6 radioimmunotherapy.

Di Gaetano N. et al. *Br. J Haematol.* 114(4): 800-09, 2001. Synergism between fludarabine and rituximab revealed in a follicular lymphoma cell line resistant to the cytotoxic activity of either drug alone.

Dickson S. *Gen. Engr. News* 5(3): Mar. 1, 1985. Scientists produce chimeric monoclonal Abs.

Dillman R.O. *J. Clin. Oncol.* 12(7): 1497-1515, 1994. Antibodies as cytotoxic therapy.

Eary J.F. et al. *J. Nuc. Med.* 31(8): 1257-68, 1990. Imaging and treatment of B-cell lymphoma.

Einfeld D.A. et al. *EMBO J.* 7: 711-17, 1988. Molecular cloning of the human B cell CD20 receptor predicts a hydrophobic protein with multiple transmembrane domains.

Endo K. *Jpn. J. Cancer Chemother.* 26: 744-48, 1999. Current status of nuclear medicine in Japan.

Flinn I.W. et al. *Blood* 92(10 Suppl. 1): 648a, abst. No. 2678, Nov. 1998. In vivo purging and adjuvant immunotherapy with rituximab during PBSC transplant for NHM [sic].

Foran J.M. et al. *J. Clin. Oncol.* 18: 317-24, 2000. European phase II study of rituximab (chimeric anti-CD20 monoclonal antibody) for patients with newly diagnosed mantle-cell lymphoma and previously treated mantle-cell lymphoma, immunocytoma, and small B-cell lymphocytic lymphoma.

Freedman A.S. et al. *J. Clin. Oncol.* 8: 784-91, 1990. Autologous bone marrow transplantation in B-cell non-Hodgkin's lymphoma: very low treatment-related mortality in 100 patients in sensitive relapse.

Friedberg J.W. et al. *Expert Rev. Anticancer Ther.* 4(1): 18-26, 2004. Iodine-131 tositumomab (Bexxar®): radioimmunoconjugate therapy for indolent and transformed B-cell non-Hodgkin's lymphoma.

Golay J.T. et al. *J. Immunol.* 135(6): 3795-801, 1985. The CD20 (Bp35) antigen is involved in activation of B cells from the G0 to the G1 phase of the cell cycle.

Goldenberg D.M. et al. *J. Clin. Oncol.* 9(4): 548-64, 1991. Imaging and therapy of gastrointestinal cancers with radiolabeled antibodies.

Gordon L.I. et al. *Blood* 94(10 Suppl. 1): 91a, abst. No. 396, 1999. ZEVALIN™ (IDEC-Y2B8) radioimmunotherapy of rituximab refractory follicular non-Hodgkin's lymphoma (NHL): interim results.

Gordon L.I. et al. *J. Immunother.* 22(5): 459, 1999. Update on IDEC-Y2B8 (ZEVALIN™) radioimmunotherapy of B-cell NHL.

Greenberger J.S. et al. *Cancer Res.* 45(2): 758-67, 1985. Effects of monoclonal antibody and complement treatment of human marrow on hematopoiesis in continuous bone marrow culture.

Greiner J.W. et al. *Science* 235(4791): 895-98, 1987. Recombinant interferon enhances monoclonal antibody-targeting of carcinoma lesions in vivo.

Grillo-López A.J. IBC Int'l. Conference on Antibody Engineering, La Jolla, Dec. 1994. IDEC-C2B8 chimeric antibody and IDEC-Y2B8 radiolabeled antibody phase I and II studies in patients with non-Hodgkin's lymphoma (abstract of presentation).

Grillo-López A.J. et al. *Ann. Oncol.* 7(3 Suppl.): 57, abst. No. 195, 1996. Treatment (rx) of relapsed non-Hodgkin's lymphoma (NHL) using the 90-yttrium (90-Y) labeled anti-CD20 monoclonal antibody (MAB) IDEC-Y2B8: a phase I clinical trial (PI CT).

Grillo-López A.J. et al. *Antibody Immunoconj. Radiopharm.* 8: 60, abst. No. 10, 1995. Treatment options for patients with relapsed low-grade or follicular lymphoma: the role of IDEC-C2B8.

Grillo-López A.J. et al. *Blood* 86(10 Suppl.): 55a, abst. No. 207, 1995. Phase I study of IDEC-Y2B8: 90-yttrium labeled anti-CD20 monoclonal antibody therapy of relapsed non-Hodgkin's lymphoma.

Grillo-López A.J. et al. *Br. J. Haematol.* 93(Suppl. 2): 283, abst. No. 1072, 1996. IDEC-C2B8 chimeric anti-CD20 antibody (MAB): safety and clinical activity in the treatment of patients (PTS) with relapsed low-grade or follicular (TWF:A-D) non-Hodgkin's lymphoma (NHL).

Grossbard M.L. et al. *Blood* 80(4): 863-78, 1992. Monoclonal antibody-based therapies of leukemia and lymphoma.

Gura T. *Science* 278: 1041-42, 1997. Systems for identifying new drugs are often faulty.

Hagenbeek A. et al. *J. Clin. Oncol.* 16(1): 41-47, 1998. Maintenance of remission with human recombinant interferon alfa-2a in patients with stages III and IV low-grade malignant non-Hodgkin's lymphoma. European Organization for Research and Treatment of Cancer Lymphoma Cooperative Group.

Hainsworth J.D. et al. *Blood* 95: 3052-56, 2000. Rituximab monoclonal antibody as initial systemic therapy for patients with low-grade non-Hodgkin lymphoma.

Harris N.L. et al. *Blood* 54(5): 1361-92, 1994. A revised European-American classification of lymphoid neoplasms: a proposal from the International Lymphoma Study Group.

Harris N.L. et al. *J. Clin. Oncol.* 17(12): 3835-49, 1999. World Health Organization classification of neoplastic diseases of the hematopoietic and lymphoid tissues: report of the Clinical Advisory Committee meeting—Airlie House, Virginia, Nov. 1997.

Hartwell L.H. et al. *Science* 278: 1064-68, 1997. Integrating genetic approaches into the discovery of anticancer drugs.

Hekman A. et al. *Ann. Rept. Netherlands Cancer Inst.*, Amsterdam, pp. 47-48, 1993. Immunotherapy.

Herold M. et al. *Ann. Hematol.* 79: 332-335, 2000. Successful treatment and re-treatment of resistant B-cell chronic lymphocytic leukemia with the monoclonal anti-CD20 antibody rituximab.

Hiddemann W. et al. *Blood* 88(11): 4085-89, 1996. Lymphoma classification—the gap between biology and clinical management is closing.

Hooijberg E. et al. *Cancer Res.* 55: 2627-34, 1995. Eradication of large human B cell tumors in nude mice with unconjugated CD20 monoclonal antibodies and interleukin 2.

**US 7,682,612 B1**

Page 5

Horning S.J. et al. *Blood* 100(11 part 1): 357a, abst. No. 1385, 2002. Rituximab treatment failures: tositumomab and Iodine I 131 tositumomab (Bexxar®) can produce meaningful durable responses.

IDEC Pharmaceuticals Corp., U.S. Securities and Exchange Commission Form S-1 Registration Statement, 1991.

IDEC Pharmaceuticals Corp. and Genentech, Inc., Product insert for RITUXAN® approved by U.S. Food and Drug Administration on Nov. 26, 1997.

International Non-Hodgkin's Lymphoma Prognostic Factors Project. *N. Engl. J. Med.* 329(14): 987-94, 1993. A predictive model for aggressive non-Hodgkin's lymphoma.

Jain R.K. *Sci. Am.* 271(1): 58-65, 1994. Barriers to drug delivery in solid tumors.

Janakiraman N. et al. *Blood* 92(10 Suppl. 1): 337a, abst. No. 1384, Nov. 1998. Rituximab: correlation between effector cells and clinical activity in NHL.

Juweid M. et al. *Cancer Res.* 55(23 Suppl.): 5827s-5831s, 1995. Estimates of red marrow dose by sacral scintigraphy in radioimmunotherapy patients having non-Hodgkin's lymphoma and diffuse bone marrow uptake.

Juweid M. et al. *Cancer Res.* 55(23 Suppl.): 5899s-5907s, 1995. Treatment of non-Hodgkin's lymphoma with radiolabeled murine, chimeric, or humanized LL2, an anti-CD22 monoclonal antibody.

Kaminski M. et al. *Antibody Immunoconj. Radiopharm.* 4(1): 36, abst. No. 66, 1991. Phase I trial results of 131-I antibody radioimmunotherapy (RAIT) of B-cell lymphoma.

Kaminski M.S. et al. *Antibody Immunoconj. Radiopharm.* 5(3): 345, abst. No. 57, 1992. Initial clinical radioimmunotherapy results with 131I-anti-B1 (anti-CD20) in refractory B-cell lymphoma.

Kaminski M.S. et al. *Blood* 76(10 Suppl. 1): 355a, abst. No. 1409, 1990. Phase 1 evaluation of 131-1 MB-1 antibody radioimmunotherapy (RIT) of B-cell lymphoma.

Kaminski M.S. et al. *Blood* 78(10 Suppl. 1): 43a, abst. No. 161, 1992. Radioimmunotherapy (RIT) of refractory B-cell lymphoma with 131-I-anti-B1 (anti-CD20) antibody: promising early results using non-marrow ablative radiation doses.

Kaminski M.S. et al. *J. Clin. Oncol.* 14(7): 1974-81, 1996. Iodine-131-anti-B1 radioimmunotherapy for B-cell lymphoma.

Kaminski M.S. et al. *N. Engl. J. Med.* 329: 459-65, 1993. Radioimmunotherapy of B-cell lymphoma with I [131I]ant-B1 (anti-CD20) antibody.

Kinoshita T. et al. *J. Clin. Oncol.* 16(12): 3916, Dec. 1998. CD20-negative relapse in the B-cell lymphoma after treatment with Rituximab.

Klarnet J.P. et al. *J. Immunol.* 138(11): 4012-17, 1987. Antigen-driven T cell clones can proliferate in vivo, eradicate disseminated leukemia, and provide specific immunologic memory.

Knox S.J. et al. *Clin. Cancer Res.* 2: 457-70, 1996. Yttrium-90-labeled anti-CD20 monoclonal antibody therapy of recurrent B-cell lymphoma.

Knox S.J. et al. *I.J. Rad. Oncol. Biol. Phys.* 32: 215, 1995. 90Y-anti-CD20 monoclonal antibody therapy for recurrent B cell lymphoma.

Knox S.J. et al. *J. Immunother.* 16(2): 161, abst. No. 51, 1994. 90Y-anti-CD20 monoclonal antibody therapy (IDEC-Y2B8) for recurrent B cell lymphoma.

Kuzel T. et al. *Cancer Biother.* 8(1): 3-16, 1993. A phase I escalating-dose safety, dosimetry and efficacy study of radiolabeled monoclonal antibody LYM-1.

Langmuir V.K. *Nucl. Med. Biol.* 19(2): 213-55, 1992. Radioimmunotherapy: clinical results and dosimetric considerations.

Larson S.M. et al. *Nucl. Med. Biol.* 16: 153-58, 1989. Comparison of bone marrow dosimetry and toxic effect of high dose 131I-labeled monoclonal antibodies administered to man.

Lauria F. et al. *Bone Marrow Transplant.* 18(1): 79-85, 1996. Immunologic and clinical modifications following low-dose subcutaneous administration of rIL-2 in non-Hodgkin's lymphoma patients after autologous bone marrow transplantation.

Leichner P.K. et al. *Front. Rad. Ther. Oncol.* 24: 109-20, 1990. Dosimetry and treatment planning in radioimmunotherapy.

Leichner P.K. et al. *Med. Phys.* 20(2): 529-34, 1993. Tumor dosimetry in radioimmunotherapy: methods of calculation for beta particles.

Levy R. et al. *Fed. Proc.* 42: 2650-56, 1983. Tumor therapy with monoclonal antibodies.

Ling N.R. et al. (in) *Leucocyte Typing III: White Cell Differentiation Antigens,* A.J. McMichael et al., eds., Oxford: Oxford Univ. Pr., 1987, pp. 302-335. B-cell and plasma cell antigens: new and previously defined clusters.

Link B.K. et al. *Proc. Ann. Mtg. ASCO* 17: 3a, abst. No. 7, 1998. Phase II pilot study of the safety and efficacy of rituximab in combination with CHOP chemotherapy in patients with previously untreated intermediate- or high-grade NHL.

Link M.P. et al. *J. Immunol.* 137(9): 3013-18, 1986. A unique antigen on mature B-cells defined by a monoclonal antibody.

Lipton J.M. et al. *Blood* 60(5 Suppl. 1): 170a, abst. No. 609, 1992. Distribution of B1, CALLA, β2 microglobulin and Ia on hematopoiesis supporting cells (HSC) in short and long-term cultures.

Losberg N. et al. *Nature* 368: 856-59, 1994. Antigen-specific human antibodies from mice comprising four distinct genetic modifications.

Lowman H.B. Slides presented at IBC Antibody Engineering Conference, Dec. 2, 2003. Differential activities in a series of humanized anti-CD20 antibodies.

Lum L.G. et al. *Blood* 69(2): 369-80, 1987. The kinetics of immune reconstitution after human marrow transplantation.

Macey D.J. et al. *Front. Rad. Ther. Oncol.* 24: 123-31, 1990. A treatment planning program for radioimmunotherapy.

Macklis R.M. et al. *Antibody Immunoconj. Radiother.* 5(3): asbst. No. 39, 1992. Induction of programmed cell death in malignant lymphomas after radioimmunotherapy.

Macklis R.M. et al. *Cancer* 73(3 Suppl.): 966-73, 1994. Radiobiologic studies of low-dose-rate 90Y-lymphoma therapy.

Maloney D.G. et al. *Blood* 80(6): 1502-1510, 1992. Monoclonal anti-idiotype antibody therapy of B-cell lymphoma: the use of a short course of chemotherapy does not interfere with the antitumor effect nor prevent the emergence of idiotype-negative variant cells.

Maloney D.G. et al. *Blood* 88(10: Suppl. 1): 637a, abst. No. 2635, 1996. The anti-tumor effect of monoclonal anti-CD20 antibody (mAb) therapy includes direct anti-proliferative activity and induction of apoptosis in CD20 positive non-Hodgkin's lymphoma (NHL) cell lines.

Maloney D.M. et al. *Blood* 84(8): 2457-66, 1994. Phase I clinical trial using escalating single-dose infusion of chimeric anti-CD20 monoclonal antibody (IDEC-C2B8) in patients with recurrent B-cell lymphoma.

Marquez S.D. et al. *I.J. Rad. Oncol. Biol. Phys.* 39: 327, abst. No. 2173, 1997. Hematological toxicity in radioimmunotherapy is predicted both by the computed absorbed whole body dose (cGy) and by the administered dose (mCi).

Marx J.L. *Science* 229(4712): 455-56, 1985. Antibodies made to order.

Masucci G. et al. *Med. Oncol. Tumor Pharmacother.* 8(3): 207-20, 1991. Chemotherapy and immunotherapy of colorectal cancer.

McLaughlin P. et al. *Blood* 92(10 Suppl. 1): 414a-415a, abst. No. 1712, Nov. 1998. Efficacy controls and long-term follow-up for relapsed or refractory, low-grade or follicular (R-LG/F) NHL.

McLaughlin P. et al. *Oncology* 12(12): 1763-81, 1998. Clinical status and optimal use of rituximab for B-cell lymphomas.

Meredith R.F. et al. *J. Nucl. Med.* 33(9): 1648-53, 1992. Dose fractionation of radiolabeled antibodies in patients with metastatic colon cancer.

Mishell B.E. et al., eds. *Selected Methods in Cellular Immunology,* San Francisco: Freeman (1980), p. 287-304. Modification and use of antibodies to label cell surface antigens.

Morrison S. et al. *Proc. Nat'l Acad. Sci. USA* 81: 6851-54, 1984. Chimeric human antibody molecules: mouse antigen-binding domains with human constant region domains.

Morrison S.L. *Science* 229: 1202-07, 1985. Transfectomas provide novel chimeric antibodies.

Multani P.S. et al. *J. Clin. Oncol.* 16(11): 3691-3710, 1998. Monoclonal antibody-based therapies for hematologic malignancies.

Munro A. *Nature* 312: 597, 1984. Uses of chimeric antibodies.

Murray J.L. et al. *J. Biol. Resp. Modifiers* 9(6): 556-63, 1990. Recombinant alpha-interferon enhances tumor targeting of an antimelanoma monoclonal antibody in vivo.

Exhibit A, Page 12

Murray J.L. et al. *J. Nucl. Med.* 26: 3328-29, 1985. The effect of radionuclide dose on imaging with indium-111-labeled anti P-97 monoclonal antibody.

Muzaffar S. et al. *J. Pak. Med. Assn.* 47(4): 106-09, Apr. 1997. Immunophenotypic analysis of non-Hodgkin's lymphoma.

Nadler L.M. et al. *Cancer Res.* 40(9): 3147-54, 1980. Serotherapy of a patient with a monoclonal antibody directed against a human lymphoma-associated antigen.

Nadler L.M. et al. *J. Clin. Invest.* 67: 134-140, 1981. A unique cell surface antigen identifying lymphoid malignancies of B cell origin.

Nadler L.M. et al. *J. Clin. Invest.* 74(2): 332-40, 1984. B cell origin of non-T cell acute lymphoblastic leukemia. A model for discrete stages of neoplastic and normal pre-B cell differentiation.

Nadler L.M. et al. *Lancet* 2(8400): 427-31, 1984. Anti-B1 monoclonal antibody and complement treatment in autologous bone-marrow transplantation for relapsed B-cell non-Hodgkin's lymphoma.

Nakamura K. et al. *Oncology* 50(1): 35-40, 1993. Effect of alpha-interferon on anti-alpha fetoprotein-monoclonal-antibody targeting of hepatoma.

Neuberger M.S. et al. *Nature* 314: 268-70, 1985. A hapten-specific chimaeric IgE antibody with human physiological effector function.

Nielsen B. et al. *Eur. J. Haematol.* 48(3): 146-51, 1992. Interferon-α-induced changes in surface antigens in a hairy-cell leukemia (JOK-1), and a Burkitt's lymphoma cell line (Daudi) during in vitro culture.

Non-Hodgkin's Lymphoma Pathologic Classification Project. *Cancer* 49(10): 2112-35, 1982. National Cancer Institute sponsored study of classifications of non-Hodgkin's lymphomas.

Oettgen H.C. et al. *Hybridoma* 2(1): 17-28, 1983. Further biochemical studies of the human B-cell differentiation antigens B1 and B2.

Oncology Nursing Society. onsopcontent.ons.org/oes/online_ce/lymph/.05-classification.htm, retrieved Feb. 25, 2003. Current therapies and future directions in the treatment of non-Hodgkin's lymphoma.

Ozato K. et al. *J. Immunol.* 126(1): 317-21, 1981. Monoclonal antibodies to mouse MHC antigens. III. Hybridoma antibodies reacting to antigens of the H-2b haplotype reveal genetic control of isotype expression.

Parker B.A. et al. *Cancer Res.* 50(3): 1022s-1028s, 1990. Radioimmunotherapy of human B-cell lymphoma with ⁹⁰Y-conjugated antiidiotype monoclonal antibody.

Pearson J.W. et al. *Cancer Res.* 49(18): 4990-95, 1989. Enhanced therapeutic efficacy of an immunotoxin in combination with chemotherapy against an intraperitoneal human tumor xenograft in athymic mice.

Petryk M. et al. *Oncologist* 6: 317-26, 2001. ASCO 2001: Critical commentaries: Hematologic malignancies.

Pietersz G.A. et al. *Immunol. Cell. Biol.* 65(2): 111-25, 1987. The use of monoclonal antibody conjugates for the diagnosis and treatment of cancer.

Piro L.D. et al. *Ann. Oncol.* 10: 655-61, 1999. Extended Rituximab (anti-CD20 monoclonal antibody) therapy for relapsed or refractory low-grade or follicular non-Hodgkin's lymphoma.

Polyak M.J. et al. *Blood* 99: 3256-62, 2002. Alanine-170 and proline-172 are critical determinants for extracellular CD20 epitopes; heterogeneity in the fine specificity of CD20 monoclonal antibodies is defined by additional requirements imposed by both amino acid sequence and quaternary structure.

Press O. et al. *Proc. Ann. Mtg. ASCO* 5: 221, abst. No. 864, 1986. Serotherapy of malignant B cell lymphomas with monoclonal antibody 1F5 (anti-CD20).

Press O.W. *Cancer J. Sci. Amer.* 4(Suppl 2): S19-S26, Jul. 1998. Prospects for the management of non-Hodgkin's lymphomas with monoclonal antibodies and immunoconjugates.

Press O.W. et al. *Adv. Exp. Med. Biol.* 303: 91-96, 1991. Radiolabeled antibody therapy of human b cell lymphomas.

Press O.W. et al. *Blood* 69(2): 584-91, 1987. Monoclonal antibody 1F5 (anti-CD20) serotherapy of human B cell lymphomas.

Press O.W. et al. *Cancer Res.* 49(17): 4906-12, 1989. Endocytosis and degradation of monoclonal antibodies targeting human B-cell malignancies.

Press O.W. et al. *J. Clin. Oncol.* 7(8): 1027-38, 1989. Treatment of refractory non-Hodgkin's lymphoma with radiolabeled MB-1 (anti-CD37) antibody.

Press O.W. et al. *Lancet* 346(8971): 336-40, 1995. Phase II trial of 131I-B1 (anti-CD20) antibody therapy with autologous stem cell transplantation for relapsed B cell lymphomas.

Press O.W. et al. *N. Engl. J. Med.* 329(17): 1219-23, 1993. Radiolabeled-antibody therapy of B-cell lymphoma with autologous bone marrow support.

Press O.W. et al. *Proc. Ann. Mtg. ASCO* 17, abst. No. 9, May 1998. A phase I/II trial of high dose iodine-131-anti-B1 (anti-CD20) monoclonal antibody, etoposide, cyclophosphamide, and autologous stem cell transplantation for patients with relapsed B cell lymphomas.

Reff M. et al. *J. Cell. Biochem. Suppl.* 17E: 260, abst. No. T103, 1993. Depletion of B cells in vivo by a chimeric mouse human monoclonal antibody to CD20.

Reff M.E. et al. *Blood* 83(2): 435-45, 1994. Depletion of B cells in vivo by a chimeric mouse human monoclonal antibody to CD20.

Reilly R.M. *Clin. Pharm.* 10: 359-75, 1991. Radioimmunotherapy of malignancies.

Rottenburger C. et al. *Br. J. Haematol.* 106(2): 545-52, 1999. Clonotypic CD20+ and CD19+ B cells in peripheral blood of patients with multiple myeloma post high-dose therapy and peripheral blood stem cell transplantation.

Sahagan B.G. et al. *J. Immunol.* 137: 1066-74, 1986. A genetically engineered murine/human chimeric antibody retains specificity for human tumor-associated antigen.

Scharff M. *Harvey Lectures* 69: 125-42, 1974. The synthesis, assembly, and secretion of immunoglobulin: a biochemical and genetic approach.

Schlom J. et al. *J. Natl. Cancer Inst.* 82(9): 763-71, 1990. Advantage of dose fractionation in monoclonal antibody-targeted radioimmunotherapy.

Schwartz-Albiez R. et al. *J. Immunol.* 140(3): 905-14, 1988. The B cell-associated CD37 antigen (gp40-52). Structure and subcellular expression of an extensively glycosylated glycoprotein.

See-Lasley K. et al. Manual of Oncology Therapeutics. St. Louis: C.V. Mosby Co., pp. 44-71, 1981. Hodgkin's disease and non-Hodgkin's lymphoma.

Senter P.D. *FASEB J.* 4: 188-93, 1990. Activation of prodrugs by antibody-enzyme conjugates: a new approach to cancer therapy.

Senter P.D. et al. *Adv. Exp. Med. Biol.* 303: 97-105, 1991. Activation of prodrugs by antibody-enzyme conjugates.

Senter P.D. et al. *Cancer Res.* 49: 5789-92, 1989. Enhancement of the in vitro and in vivo antitumor activities of phosphorylated mitomycin C and etoposide derivatives by monoclonal antibody-alkaline phosphatase conjugates.

Shan D. et al. *Clin. Cancer Res.* 7(8): 2490-95, 2001. Synergistic effects of the fenretinide (4-HPR) and anti-CD20 monoclonal antibodies on apoptosis induction of malignant human B cells.

Sharkey R.M. et al. *Cancer Res.* 50(3): 964s-969s, 1990. Biological considerations for radioimmunotherapy.

Shulman M. et al. *Nature* 276(5685): 269-72, 1978. A better cell line for making hybridomas secreting specific antibodies.

Smalley R.V. et al. *N. Engl. J. Med.* 327(19): 1336-41, 1992. Interferon alfa combined with cytotoxic chemotherapy for patients with non-Hodgkin's lymphoma.

Smeland E.B. et al. *J. Immunol.* 138(10): 3179-84, 1987. Activation of human B cells: alternate options for initial triggering and effects of nonmitogenic concentrations of anti-IgM antibodies on resting and activated cells.

Soiffer R.J. et al. *Blood* 79(2): 517-26, 1992. Clinical and immunologic effects of prolonged infusion of low-dose recombinant interleukin-2 after autologous and T-cell-depleted allogeneic bone marrow transplantation.

Soiffer R.J. et al. *Blood* 84(3): 964-971, 1994. Effect of low-dose interleukin-2 on disease relapse after T-cell-depleted allogeneic bone marrow transplantation.

Solal-Celigny P. et al. *J. Clin. Oncol.* 16(7): 2332-38, 1998. Doxorubicin-containing regimen with or without interferon alfa-2b for advanced follicular lymphomas: final analysis of survival and toxicity in the Groupe d'Etude des Lymphomes Folliculaires 86 Trial.

Srivastava S.C. et al. *Nucl. Med. Biol. (I.J. Rad. Appl. Instrum. B)* 18(6): 589-603, 1991. Progress in research on ligands, nuclides and techniques for labeling monoclonal antibodies.

Stashenko P. et al. *J. Immunol.* 125(4): 1678-85, 1980. Characterization of Human B Lymphocyte-Specific Antigen.

Staudt L.M. et al. Manuscript from pubmedcentral at NIH, published paper published at *Adv. Immunol.* 87: 163-208, 2005. The biology of human lymphoid malignancies revealed by gene expression profiling.

Stewart J.S.W. et al. *Int. J. Cancer* Suppl. 3: 71-76, 1988. Intraperitoneal $^{131}$I- And $^{90}$Y-labelled monoclonal antibodies for ovarian cancer: pharmacokinetics and normal tissue dosimetry.

Sun L.K. et al. *Hybridoma* 5(Suppl. 1): S17-20; 1986. Chimeric antibodies with 17-1A-derived variable and human constant regions.

Tan L.K. et al. *J. Immunol.* 135: 3564-67, 1985. A human-mouse chimeric immunoglobulin gene with a human variable region is expressed in mouse myeloma cells.

Tedder T.F. et al. *Eur. J. Immunol.* 16(8): 881-87, 1986. Antibodies reactive with the B1 molecule inhibit cell cycle progression but not activation of human B lymphocytes.

Tedder T.F. et al. *J. Immunol.* 135(2): 973-79, 1985. The B cell surface molecule B1 is functionally linked with B cell activation and differentiation.

Tedder T.F. et al. *J. Immunol.* 141(12): 4388-94, 1988. Cloning of a complementary DNA encoding a new mouse B lymphocyte differentiation antigen, homologous to the human B1 (CD20) antigen, and localization of the gene to chromosome 19.

Teeling J.L. et al. *Blood* 104:1793-1800, 2004. Characterization of new human CD20 monoclonal antibodies with potent cytolytic activity against non-Hodgkin lymphomas.

Teeling J.L. et al. *J. Immunol.* 277: 362-71, 2006. The biological activity of human CD20 monoclonal antibodies is linked to unique epitopes on CD20.

Tobinai K. et al. *Ann. Oncol.* 9(5): 527-34, 1998. Feasibility and pharmacokinetic study of a chimeric anti-CD20 monoclonal antibody (IDEC-C2B8, rituximab) in relapsed B-cell lymphoma. The IDEC-C2B8 Study Group.

Tsai D.E. et al. *Blood* 92(10 Suppl. 1): 415a, abst. No. 1713, Nov. 1998. Progressive intermediate grade non-Hodgkin's lymphoma after high dose therapy and autologous peripheral stem cell transplantation (PSCT) has a high response rate to rituximab.

Tsai D.E. et al. *Bone Marrow Transplant.* 24(5): 521-26, 1999. Rituximab (anti-CD20 monoclonal antibody) therapy for progressive intermediate-grade non-Hodgkin's lymphoma after high-dose therapy and autologous peripheral stem cell transplantation.

Tsai D.E. et al. *Clin. Lymphoma Myeloma* 1(1): 62-66, 2000. Progressive intermediate-grade non-Hodgkin's lymphoma after high-dose therapy and autologous peripheral stem-cell transplantation: changing the natural history with monoclonal antibody therapy.

Uckun F.M. et al. *Cancer Res.* 45(1): 69-75, 1985. Increased efficiency in selective elimination of leukemia cells by a combination of a stable derivative of cyclophosphamide and a human B-cell-specific immunotoxin containing pokeweed antiviral protein.

Uckun F.M. et al. *J. Immunol.* 134(5): 3504-15, 1985. Combined ex vivo treatment with immunotoxins and mafosfamid: a novel immunochemotherapeutic approach for elimination of neoplastic T cells from autologous marrow grafts.

Urlaub, G. et al. *Som. Cell. Mol. Genet.* 12(6): 555-66, 1986. Effect of gamma rays at the dihydrofolate reductase locus: deletions and inversions.

Valentine M.A. et al. *J. Biol. Chem.* 264: 11282-87, 1989. Phosphorylation of the CD20 phosphoprotein in resting B lymphocytes. Regulation by protein kinase C.

van der Kolk L.E. et al. *Blood* 92(10 Suppl. 1): 24lb, abst. No. 4037, Nov. 1998. Chimeric anti-CD20 monoclonal antibody (rituximab) plus G-CSF in relapsed B-cell lymphoma: a phase I/II clinical trial.

van der Kolk L.E. et al. *Br. J. Haematol.* 102(1): 243, abst. No. P-0970, Jul. 1998. Chimeric anti-CD20 monoclonal antibody (rituximab) plus G-CSF in relapsed B-cell lymphoma: a phase I/II clinical trial.

Venugopal P. et al. *Blood* 92(10 Suppl. 1): 247a, abst. No. 1009, Nov. 1998. Upregulation of CD20 expression in chronic lymphocytic leukemia (CLL) cells by in vitro exposure to cytokines.

Verkh L.I. et al. *Proc. Ann. Mtg. ASCO* 17: abst. No. 154, 1998. Dosimetry results of ONCOLYM™ in the treatment of refractory B cell non-Hodgkin's lymphoma (NHL).

Vey N. et al. *Leuk. Lymphoma* 221(1-2): 107-14, 1996. A pilot study of autologous bone marrow transplantation followed by recombinant interleukin-2 in malignant lymphomas.

Vose J.M. et al. *J. Clin. Oncol.* 19(2): 389-97, 2001. Phase II study of rituximab in combination with chop chemotherapy in patients with previously untreated, aggressive non-Hodgkin's lymphoma.

Wadler S. et al. *Semin. Oncol.* 19(2 Suppl. 3): 45-48, 1992. Principles in the biomodulation of cytotoxic drugs by interferons.

Wahl R.L. et al. *Proc. Ann. Mtg. ASCO* 17: 40a, abst. No. 156, May 1998. Successful re-treatment of non-Hodgkin's lymphoma (NHL) with iodine-131 anti-B1 antibody.

Welte K. et al. *Blood* 64: 380-85, 1984. Defective interleukin 2 production in patients after bone marrow transplantation and in vitro restoration of defective T lymphocyte proliferation by highly purified interleukin 2.

Wessels B.W. et al. *Med. Phys.* 11(5): 638-45, 1984. Radionuclide selection and model absorbed dose calculations for radiolabeled tumor associated antibodies.

White C.A. et al. *Ann. Oncol.* 10(3 Suppl): 64, abst. No. 215, 1999. Radioimmunotherapy of relapsed or refractory non-Hodgkin's lymphoma (NHL): IDEC-Y2B8 phase I/II $^{90}$yttrium trial.

White C.A. et al. *Ann. Rev. Med.* 52: 125-45, 2001. Antibody-targeted immunotherapy for treatment of malignancy.

White C.A. et al. *Blood* 87(9): 3640-49, 1996. Radioimmunotherapy of relapsed B-cell lymphoma with Yttrium 90 anti-idiotype monoclonal antibodies.

White C.A. et al. *Eur. J. Cancer* 35: S57, abst. No. 107, 1999. Zevalin™ radioimmunotherapy of relapsed or refractory non-Hodgkin's lymphoma.

Winkler U. et al. *Blood* 92(10 Suppl. 1): 285b, abst. No. 4228, Nov. 1998. Severe side effects in patients with B-cell chronic lymphocytic leukemia (CLL) and lymphocytosis treated with the monoclonal anti-CD20 antibody.rituximab.

Wiseman G. et al. *Blood* 92(10 Suppl. 1): 417a, abst. No. 1721, Nov. 1998. IDEC-Y2B8 radioimmunotherapy: baseline bone marrow involvement and platelet count are better predictors of hematologic toxicity than dosimetry.

Wiseman G. et al. *Cancer Biother. Radiopharm.* 13(1): 59, abst. No. 22, 1998. Radioimmunotherapy of relapsed non-Hodgkin's lymphoma (NHL) with IDEC-Y2B8 $^{90}$yttrium anti-CD20 monoclonal antibody.

Wiseman G. et al. *Cancer Biother. Radiopharm.* 13(4): 317, abst. No. 51, 1998. IDEC-Y2B8 radioimmunotherapy of relapsed non-Hodgkin's lymphoma (NHL): interim analysis.

Wiseman G. et al. *Cancer Biother. Radiopharm.* 14(4): 315, abst. No. 2, 1999. 90Yttrium labelled IDEC Y2B8 anti-CD20 radioimmunotherapy.

Wiseman G. et al. *I.J. Rad. Oncol. Biol. Phys.* 45(10 Suppl): 390, abst. No. 260, 1999. Radioimmunotherapy of relapsed or refractory non-Hodgkin's Lymphoma (NHL) with IDEC-Y2B8.

Wiseman G. et al. *Proc. Ann. Mtg. ASCO* 17, 1998. Radioimmunotherapy of relapsed non-Hodgkin's lymphoma (NHL) with IDEC-Y2B8 $^{90}$yttrium radioimmunotherapy.

Wiseman G.A. et al. *Blood* 92(10 Suppl. 1): 510a, abst. No. 2273, Nov. 1998. IDEC-Y2B8 ($^{90}$Y conjugated anti-CD20) dosimetry calculated from $^{111}$In anti-CD20 in patients with low and intermediate grade B-cell non-Hodgkin's lymphoma (NHL): emphasis on bone marrow (BM).

Wiseman G.A. et al. *Blood* 94(10 Suppl. 1): 92a, abst. No. 403, 1999. ZEVALIN™ biodistribution and dosimetry estimated normal organ absorbed radiation doses are not affected by prior therapy with rituximab.

Wiseman G.A. et al. *Clin. Cancer Res.* 5(Suppl.): 3281s-3286s, 1999. Radioimmunotherapy of relapsed non-Hodgkin's lymphoma with Zeyalin, a $^{90}$Y-labeled anti-CD20 monoclonal antibody.

Wiseman G.A. et al. *I.J. Oncol. Biol. Phys.* 42(1 Suppl .): 130, abst. No. 11, 1998. IDEC-Y2B8 ($^{90}$yttrium ibritumomab tiuxetan) radioimmunotherapy safety results in relapsed or chemotherapy refractory non-Hodgkin's lymphoma patients treated at reduced doses because of pre-existing thrombocytopenia.

**US 7,682,612 B1**

Page 8

Wiseman G.A. et al. *J. Nucl. Med.* 38(5 Suppl.): 251, abst. No. 1062, 1997. Y-90 anti-CD20 monoclonal antibody (IDEC-Y2B8) dosimetry calculated from In-111 anti-CD20 in patients with low and intermediate grade B-cell non-Hodgkin's lymphoma.

Wiseman G.A. et al. *J. Nucl. Med.* 39(5 Suppl.): 185P, abst. No. 836, 1998. Whole-body gamma camera image quantification from multiple camera types for radioisotope therapy dosimetry.

Wiseman G.A. et al. *J. Nucl. Med.* 39(5 Suppl.): 69P, abst. No. 267, 1998. Non-Hodgkin's lymphoma tumor and bone marrow radiation doses from radioimmunotherapy with IDEC-Y2B8 yttrium-90 anti-CD20 monoclonal antibody.

Wiseman G.A. et al. *J. Nucl. Med.* 40(1 Suppl .): 64P, abst. No. 260, 1999. Final dosimetry results of IDEC-Y2B8 phase I/II 90yttrium radioimmunotherapy trial in non-Hodgkin's lymphoma (NHL).

Wiseman G.A. et al. *Proc. Ann. Mtg. ASCO* 18: 4a, abst. No. 13, 1999. Therapeutic index of IDEC-Y2B8 radioimmunotherapy: up to 850 fold greater radiation dose to tumor than normal organs.

Witherspoon R.P. et al. *Semin. Hematol.* 21(1): 2-10, 1984. Immunologic reconstitution after human marrow grafting.

Witzig T. et al. *Blood* 90(10 Suppl. 1): 586a, abst. No. 2606, 1997. IDEC-Y2B8 90yttrium anti-CD20 radioimmunotherapy of relapsed non-Hodgkin's lymphoma (NHL): interim results of a phase I/II trial.

Witzig T. et al. *Blood* 92(10 Suppl. 1): 417a, abst. No. 1722, Nov. 1998. IDEC-Y2B8 radioimmunotherapy: responses in patients with splenomegaly.

Witzig T.E. et al. *Blood* 94(10 Suppl. 1): 92a, abst. No. 400, 1999. Reduced-dose ZEVALIN™ radioimmunotherapy for relapsed or refractory B-cell non-Hodgkin's lymphoma (NHL) patients with pre-existing thrombocytopenia: report of interim results of a phase II trial.

Witzig T.E. et al. *J. Clin. Oncol.* 17(12): 3793-3803, 1999. Phase I/II trial of IDEC-Y2B8 radioimmunotherapy for treatment of relapsed or refractory CD20(+) B-cell non-Hodgkin's lymphoma.

Witzig T.E. et al. *J. Clin. Oncol.* 20: 2453-63, 2002. Randomized controlled trial of yttrium-90-labeled ibritumomab tiuxetan radioimmunotherapy versus rituximab immunotherapy for patients with relapsed or refractory low-grade, follicular, or transformed B-cell non-Hodgkin's lymphoma.

Witzig T.E. et al. *J. Clin. Oncol.* 20(15): 3262-69, 2002. Treatment with ibritumomab tiuxetan radioimmunotherapy in patients with rituximab-refractory follicular non-Hodgkin's lymphoma.

Witzig T.E. et al. *J. Immunother.* 21(6): 463, abst. No. 2805, 1998. IDEC-C2B8 radioimmunotherapy of relapsed or refractory non-Hodgkin's lymphoma.

Witzig T.E. et al. *Proc. Ann. Mtg. ASCO* 18: 41a, abst. No. 152, 1999. Commonly used response criteria for non-Hodgkin's lymphoma (NHL) applied to IDEC-Y2B8 radioimmunotherapy trial: importance of "normal" lymph node size.

Witzig T.E. et al. *Blood* 94(10 Suppl. 1): 631a, abst. No. 2805, 1999. Prospective randomized controlled study of ZEVALIN™ (IDEC-Y2B8) radioimmunotherapy compared to rituximab immunotherapy for B-cell NHL: report of interim results.

Yang H. et al. *Am. J. Hematol.* 62: 247-50, 1999. Tumor lysis syndrome occurring after the administration of rituximab in lymphoproliferative disorders: high-grade non-Hodgkin's lymphoma and chronic lymphocytic leukemia.

Yokota S. et al. *Cancer Res.* 50: 32-37, 1990. Synergistic potentiation of in vivo antitumor activity of anti-human T-leukemia immunotoxins by recombinant α-interferon and daunorubicin.

McLaughlin, P. et al. "Rituximab Chimeric Anti-CD20 Monoclonal Antibody Therapy for Relapsed Indolent Non-Hodgkin's Lymphoma: Half of Patients Respond to a Four-Dose Treatment Program." Journal of Clinical Oncology, vol. 16, No. 8 Aug. 1998, pp. 2825-2833.

Byrd J.C. et al. *Blood* 92(10 Suppl. 1): 106a, abst. No. 433, Nov. 1998. Rituximab therapy in previously treated Waldenstrom's macroglobulinemia: preliminary evidence of activity.

Catovsky D. et al. *Eur J. Cancer* 31A(13/14): 2146-54 (1995). Key issues in the treatment of chronic lymphocytic leukaemia (CLL).

Coiffier B. *Ann. Oncol.* 83(Suppl 1): S73-S74, 2004. New treatment strategies in lymphomas: aggressive lymphomas.

Ford et al. *Highlights in Oncology Practice* 16(2): 40-50, 1998. Immunotherapeutic approaches to treatment of B-cell neoplasms: focus on unconjugated antibodies.

Kaminski M. et al. Proc. Third Conf. on Radioimmunodetection and Radioimmunotherapy of Cancer, Princeton NJ, Nov. 15-17, 1990 (published at *Antibody Immunoconj. Radiopharm.* 4: 387, 1991), abst. No. 144. 131-I anti-B1: Initial clinical evaluation in B-cell lymphoma.

Robertson M.J. et al. *Blood* 79(9): 2229-36, 1992. Human bone marrow depleted of CD33-positive cells mediates delayed but durable reconstitution of hematopoiesis: clinical trial of MY9 monoclonal antibody-purged autografts for the treatment of acute myeloid leukemia.

Fisher DC, Abbeele A, Singer S, et al., "Phase 1 trial with CD40-activated follicular lymphoma cells: a novel cellular vaccine strategy for B cell malignancies [abstract]," *Blood.* 1998, 92:247a.

O'Brien et al., "Lack of effect of 2-chlorodeoxyadenosine therapy in patients with chronic lymphocytic leukemia refractory to fludarabine therapy," *N Engl J Med.*, 1994, 330(5):319-22.

Venogopal et al., Cytokine-induced upregulation of CD20 antigen expression in chronic lymphocytic leukemia (CLL) cells may be limited to tumor cells [abstract], 1999 Pan Pacific Lymphoma Conference.

Winkler et al., "Cytokine-release syndrome in patients with B-cell chronic lymphocytic leukemia and high lymphocyte counts after treatment with an anti-CD20 monoclonal antibody (rituximab IDEC-CB?)," *Blood*, 1999, 94:2217-2224.

*Idec Pharmaceuticals* v. *Corixa Corp.*, Case No. 01-1637-IEG [Doc. Nos. 486, 584] (S.D. Cal. Oct. 14, 2003).

*Biogen Idec* v. *Corixa Corp.*, Case No. 01-1637-IEG [Doc. Nos. 635, 662, 486] (S.D. Cal. Jan. 22, 2004).

Alas S. et al. *Anticancer Res.* 20(5A): 2961-66, 2000. Potentiation of fludarabine cytotoxicity on non-Hodgkin's lymphoma by pentoxifylline and rituximab.

Arranz R. et al. *J. Clin. Oncol.* 16(4): 1538-46, 1998. Role of interferon alfa-2b in the induction and maintenance treatment of low-grade non-Hodgkin's lymphoma: results from a prospective, multicenter trial with double randomization.

Belhadj K. et al. *Ann. Oncol.* 15: 504-10, 2004. Efficiency of in vivo purging with rituximab prior to autologous peripheral blood progenitor cell transplantation in B-cell non-Hodgkin's lymphoma: a single institution study.

Bernstein N. et al. *Proc. Amer. Assn. Cancer Res.* 38: 85, abst. No. 567, Mar. 1997. IDEC-C2B8 (rituximab) levels correlate with response in low-grade or follicular non-Hodgkin's lymphoma (LG-F-NHL).

Bierman P.J. et al. (in) Hoffman, R., ed., *Hematology*, 2d. ed. (Churchill Livingstone), 1995. Chapter 81, pp. 1278-1298. Clinical manifestations and staging of and therapy for non-Hodgkin's lymphomas.

Byrd J.C. *Cancer Biother. Radiopharm.* 14(4)L 323, 1999. Rituximab therapy in patients with chronic lymphocytic leukemia.

Cheson B.D. et al. *Blood* 87: 4990-97, 1996. National Cancer Institute-specified working group guidelines for chronic lymphocytic leukemia: revised guidelines for diagnosis and treatment.

Chow K.U. et al. *Haematologica* 87: 33-43, 2002. Anti-CD20 antibody (IDEC-C2B8), rituximab) enhances efficacy of cytotoxic drugs on neoplastic lymphocytes in vitro: role of cytokines, complement, and caspases.

Eisenbeis C.F. et al. *Clin. Cancer Res.* 10: 6101-10 (2004). Combination immunotherapy of B-cell non-Hodgkin's lymphoma with rituximab and interleukin-2: a preclinical and phase I study.

Engert A. et al. *Ann. Hematol.* 77(suppl. 2): S180, abst. No. 717. Multicenter phase II study of the monoclonal anti-CD20 antibody rituximab (IDEC-C2B8) in patients with intermediate/high grade non-Hodgkin's lymphoma.

Foran J.M. et al. *Br. J. Haematol.* 102(1): 149, 1998. Immunotherapy of mantle cell lymphoma (MCL), lymphoplasmacytoid lymphoma (LPC) and Waldenstrom's macroglobulinemia (WM), and small lymphocytic leukemia (SLL) with rituximab (IDEC-C2B8): preliminary results of an ongoing international multicentre trial.

Fridlk M.A. et al. *Ann. Hematol.* 74(1): 7-10, 1997. First-line treatment of Waldenstrom's disease with cladribine.

**US 7,682,612 B1**

Page 9

Gianni A.M. et al. *Blood* 102: 749-55, 2003. Long-term remission in mantle cell lymphoma following high-dose sequential chemotherapy and in vivo rituximab-purged stem cell autografting (R-HDS regimen).

Ginaldi L. et al. *J. Clin. Pathol.* 51: 364-69, 1998. Levels of expression of CD19 and CD20 in chronic B leukaemias.

Golay J. et al. *Haematologica* 88: 1002-12, 2003. Rituximab-mediated antibody-dependent cellular cytotoxicity against neoplastic B cells is stimulated strongly by interleukin-2.

Gribben J.G. et al. *N. Engl. J. Med.* 325(22): 1525-32, 1991. Immunologic purging of marrow assessed by PCR before autologous bone marrow transplantation for B-cell lymphoma.

Hillmen P. et al. *Semin. Oncol.* 31(1 suppl. 2): 22-26, 2004. Advancing therapy for chronic lymphocytic leukemia—the role of rituximab.

IDEC Pharmaceuticals Corp., press release dated Dec. 9, 1996. IDEC Pharmaceuticals and Genentech announce positive final results for pivotal phase III trial of IDEC-C2B8 as single agent.

Imrie, K. et al. *Curr. Oncol.* 6(4): 228-35, 1999. Use of rituximab in the treatment of lymphoma: an evidence summary.

Jazirehi A.R. et al. *Oncogene* 24: 2121-43, 2005. Cellular and molecular signal transduction pathways modulated by rituximab (rituxan. anti-CD20 mAb) in non-Hodgkin's lymphoma: implications in chemosensitization and therapeutic intervention.

Keating M. et al. *Semin. Oncol.* 27(6 suppl. 12): 86-90, 2000. High-dose rituximab therapy in chronic lymphocytic leukemia.

Maddy A.H. et al. *Immunol.* 68(3): 346-52, 1989. The role of cell maturation in the generation of phenotypic heterogeneity in B-cell chronic lymphocytic leukemia.

Marti G.E. et al. *Ann. N. Y. Acad. Sci.* 651: 480-83, 1992. CD20 and CD5 expression in B-chronic lymphocytic leukemia.

Mazza P. et al. *Bone Marrow Trans.* 23: 1273-78, 1999. Analysis of feasibility of myeloablative therapy and autologous peripheral stem cell (PBSC) transplantation in the elderly: an interim report.

Nguyen D.T. et al. *Eur. J. Haematol.* 62: 76-82, 1999. IDEC-C2B8 anti-CD20 (Rituximab) immunotherapy in patients with low-grade non-Hodgkin's lymphoma and lymphoproliferative disorders: evaluation of response on 48 patients.

O'Brien S.M. et al. *J. Clin. Oncol.* 19: 2165-70, 2001. Rituximab dose-escalation trial in chronic lymphocytic leukemia.

Piro L. et al. *Blood* 90(10 Suppl. 1): 510a, abst. No. 2272, 1997. RITUXAN™ (rituximab, IDEC-C2B8): Interim analysis of a phase II study of once weekly times 8 dosing in patients with relapsed low-grade or follicular non-Hodgkin's lymphoma.

Rai K.R. et al. (in) R. Hoffman, R., ed., *Hematology*, 2d. ed. (Churchill Livingstone), 1995. Chapter 83, pp. 1308-1319. Chronic lymphocytic leukemia.

Saville, M.W. Statement of M. Wayne Saville, M.D., dated Dec. 20, 2007, submitted by applicant in Taiwan (R.O.C.) patent application No. 088119557.

van der Kolk, L.E. et al. *Blood* 92(10 Suppl. 1): 512a-513a, abst. No. 2284, 1997. Phase I/II clinical trial to evaluate the safety and efficacy of a chimeric anti-CD20 monoclonal antibody (rituximab) and G-CSF given weekly to patients with relapsed B-cell lymphoma.

Witzig T.E. et al. *Am. J. Clin. Pathol.* 101: 312-17, 1994. Measurement of the intensity of cell surface antigen expression in B-cell chronic lymphocytic leukemia.

Zhou X. et al. *Chinese Pharm. J.* 30(8): 453-54, 1995.

Berne et al. (eds.), Principles of Physiology, CV Mosby Co., St. Louis, p. 190 (1990).

Definition of "white blood cell" from the Online Medical Dictionary, available at http://cancerweb.ncl.ac.uk, accessed Nov. 13, 1997.

Definition of "white blood cell count" from MedTerms (the Medical Dictionary of MedicineNet.com), available at http://www.medterms.com, accessed Jul. 25, 2001.

Fox, Human Physiology, Wm. C. Brown Publishers, Dubuque, Iowa, p. 366 (1984).

Ga et al., "Use of rituximab, the new FDA-approved antibody," Curr. Opin. Oncol. 10(6): 548-51 (Nov. 1998). (abstract only).

Guyton, "Resistance of the body to infection—the leukocytes, the macrophage system, and inflamation," Textbook of Medical Physiology, 7th ed., WB Saunders Co., Philadelphia, p. 51 (1986).

Ku et al., "Influence of various cytokines on the expression of CD20 on the surface of CLL-cells in vitro," Leuk. Res. 25(1): 99-100 (Jan. 2001).

Lorigan et al., "Tumour lysis syndrome, case report and review of the literature," Ann. Oncol. 7(6): 631-36 (Aug. 1996).

Medical Encyclopedia: WBC count, available at http://www.nlm.nih.gov/medlineplus, accessed Jun. 1, 2003.

Ross (ed.), Essentials of Human Physiology, 2d ed., Yearbook Medical Publishers Inc., Chicago, p. 133 (1984).

Schulz et al., "Phase 2 study of a combined immunochemotherapy using rituximab and fludarabine in patients with chronic lymphocytic leukemia," Blood 100(9): 3115-20 (Nov. 2002).

Thomas et al., "Rituximab in relapsed or refractory hairy cell leukemia," Blood 102(12): 3906-11 (Dec. 2003).

Venugopal et al., "Effects of cytokines on CD20 antigen expression on tumor cells from patients with chronic lymphocytic leukemia," Leuk. Res. 24(5): 411-15 (May 2000).

* cited by examiner

US 7,682,612 B1

**1**

# TREATMENT OF HEMATOLOGIC MALIGNANCIES ASSOCIATED WITH CIRCULATING TUMOR CELLS USING CHIMERIC ANTI-CD20 ANTIBODY

## RELATED APPLICATIONS

This application claims benefit under 35 U.S.C. §119(e) to provisional application Ser. No. 60/107,658, filed Nov. 9, 1998, which is incorporated by reference in its entirety herein.

## FIELD OF THE INVENTION

The present invention is directed to the treatment of hematologic malignancies associated with high numbers of circulating tumor cells by the administration of a therapeutically effective amount of a chimeric or humanized antibody that binds to the B-cell surface antigen Bp35 (CD20).

## BACKGROUND OF THE INVENTION

The use of antibodies to CD20 as diagnostic and/or therapeutic agents for B-cell lymphoma has previously been reported. CD20 is a useful marker or target for B-cell lymphomas as this antigen is expressed at very high densities on the surface of malignant B-cells, i.e., those B-cells wherein unabated proliferation can lead to B-cell lymphomas.

CD20 or Bp35 is a B-lymphocyte-restricted differentiation antigen that is expressed during early pre-B-cell development and remains until plasma cell differentiation. It is believed that the CD20 molecule may regulate a step in the B-cell activation process which is required for cell cycle initiation and differentiation. Moreover, as noted, CD20 is expressed at very high levels on neoplastic ("tumor") B-cells.

Previous reported therapies involving anti-CD20 antibodies have involved the administration of a therapeutic anti-CD20 antibody either alone or in conjunction with a second radiolabeled anti-CD20 antibody, or a chemotherapeutic agent.

In fact, the Food and Drug Administration has approved the therapeutic use of one such therapeutic anti-CD20 antibody, RITUXAN® (rituximab), for use in treatment of relapsed and previously treated low-grade non-Hodgkin's lymphoma (NHL). Also, the use of RITUXAN® (rituximab) in combination with a radiolabeled murine anti-CD20 antibody has been suggested for the treatment of B-cell lymphoma.

However, while anti-CD20 antibodies and, in particular, RITUXAN® (rituximab) have been reported to be effective for treatment of B-cell lymphomas, such as non-Hodgkin's lymphoma, it would be beneficial if effective antibody treatments for other malignancies could be developed. More specifically, it would be beneficial if anti-CD20 antibodies could be used for treating other types of malignancies.

## BRIEF DESCRIPTION OF THE INVENTION

Toward that end, the present inventors have developed a novel treatment for hematologic malignancies characterized by a high number of tumor cells in the blood involving the administration of a therapeutically effective amount of an anti-CD20 antibody. In the preferred embodiments, such anti-CD20 antibody will comprise a chimeric, humanized, or human anti-human CD20 antibody. Examples of such hematologic malignancies include B-pro-lymphocytic leukemia (B-PLL), chronic lymphocyte leukemia (CLL), and transformed non-Hodgkin's lymphoma.

**2**

Thus, it is an object of the invention to provide a novel treatment for hematologic malignancies comprising the administration of an anti-CD20 antibody.

It is a more specific object of the invention to provide a novel treatment for B-prolymphocytic leukemia (B-PLL), chronic lymphocytic leukemia (CLL) or transformed non-Hodgkin's lymphoma comprising the administration of an anti-CD20 antibody.

It is an even more specific object of the invention to treat B-prolymphocytic leukemia (B-PLL) or chronic lymphocytic leukemia (CLL) comprising administration of a therapeutically effective amount of RITUXAN® (rituximab).

## DETAILED DESCRIPTION OF THE INVENTION

The invention involves the discovery that hematologic malignancies and, in particular, those characterized by high numbers of tumor cells in the blood may be effectively treated by the administration of a therapeutic anti-CD20 antibody. These malignancies include, in particular, CLL, B-PLL and transformed non-Hodgkin's lymphoma.

This discovery is surprising notwithstanding the reported great success of RITUXAN® (rituximab) for the treatment of relapsed and previously treated low-grade non-Hodgkin's lymphoma. In particular, this discovery is surprising given the very high numbers of tumor cells observed in such patients and also given the fact that such malignant cells, e.g., CLL cells, typically do not express the CD20 antigen at the high densities which are characteristic of some B-cell malignancies, such as relapsed and previously-treated low-grade non-Hodgkin's lymphomas. Consequently, it could not have been reasonably predicted that the CD20 antigen would constitute an appropriate target for therapeutic antibody therapy of such malignancies.

Treatment of hematologic malignancy, such as CLL, B-PLL and transformed non-Hodgkin's lymphoma, according to the invention will comprise the administration of a therapeutically effective amount of an anti-CD20 antibody, which administration may be effected alone or in conjunction with other treatment(s), e.g., chemotherapy, radiotherapy (e.g., whole body irradiation, or treatment with radiolabeled antibodies). In addition, combination therapy with cytokines may be useful to upregulate CD20 on the surface of the lymphoma cells.

In the preferred embodiment, the anti-CD20 antibody will bind CD20 with high affinity, i.e., ranging from $10^{-5}$ to $10^{-9}$ M. Preferably, the anti-CD20 antibody will comprise a chimeric, primate, PRIMATIZED®, human, or humanized antibody. Also, the invention embraces the use of antibody fragments, e.g., Fab's, Fv's, Fab's, $F(ab)_2$, and aggregates thereof.

A chimeric antibody is intended to refer to an antibody with non-human variable regions and human constant regions, most typically rodent variable regions and human constant regions.

A PRIMATIZED® antibody refers to an antibody with primate variable regions, e.g., complementarity-determining regions (CDRs), and human constant regions. Preferably, such primate variable regions are derived from an Old World monkey.

A humanized antibody refers to an antibody with substantially human framework and constant regions, and non-human CDRs. "Substantially" refers to the fact that humanized antibodies typically retain at least several donor framework residues (of non-human parent antibody from which CDRs are derived).

US 7,682,612 B1

3

Methods for producing chimeric, primate, PRIMA-TIZED®, humanized, and human antibodies are well known in the art. See, e.g., U.S. Pat. No. 5,530,101, issued to Queen et al, U.S. Pat. No. 5,225,539, issued to Winter et al, U.S. Pat. Nos. 4,816,397 and 4,816,567, issued to Boss et al, and Cabilly et al, respectively, all of which are incorporated by reference in their entirety.

The selection of human constant regions may be significant to the therapeutic efficacy of the subject anti-CD20 antibody. In the preferred embodiment, the subject anti-CD20 antibody will comprise human, gamma 1, or gamma 3 constant regions and, more preferably, human gamma 1 constant regions. The use of gamma 1 anti-CD20 antibodies as therapeutics is disclosed in U.S. Pat. No. 5,500,362, issued to Robinson et al.

Methods for making human antibodies are also known and include, by way of example, production in SCID mice, and in vitro immunization.

As noted, a particularly preferred chimeric anti-CD20 antibody is RITUXAN® (rituximab), which is a chimeric gamma 1 anti-human CD20 antibody. The complete nucleic acid sequence encoding this antibody and the corresponding amino acid sequences of the heavy chain and light chain variable domains may be found in U.S. Pat. No. 5,736,137, which is incorporated by reference in its entirety. This antibody, which is produced in a proprietary CHO cell expression system commercialized by IDEC Pharmaceuticals Corporation, may be made by a CHO cell transfectoma comprising the vector DNA present in the E. coli host cell deposited on Nov. 4, 1992, under the provisions of the Budapest Treaty at the American Type Culture Collection (ATCC), 10801 University Boulevard, Manassas, Va. 20110-2209, under accession no. 69119. This deposit was determined to be viable and will be replaced should it become non-viable during the term of deposit. This deposit was made irrevocably available upon issuance of U.S. Pat. No. 5,736,137 and is available without restriction from the ATCC. This deposit will also be available without restriction during the lifetime of any patent that may issue based on this application.

The subject anti-CD20 antibody will be administered by various routes of administration, typically parenteral. This is intended to include intravenous, intramuscular, subcutaneous, rectal, and vaginal administration, with intravenous infusion being preferred.

The anti-CD20 antibody will be formulated for therapeutic usage by standard methods, e.g., by addition of pharmaceutically acceptable buffers, e.g., sterile saline, sterile buffered water, propylene glycol, and combinations thereof.

Effective dosages will depend on the specific antibody, condition of the patient, age, weight, or any other treatments, among other factors. Typically effective dosages will range from about 0.001 to about 30 mg/kg body weight, more preferably from about 0.01 to 25 mg/kg body weight, and most preferably from about 0.1 to about 20 mg/kg body weight.

Such administration may be effected by various protocols, e.g., weekly, bi-weekly, or monthly, dependent on the dosage administered and patient response. Also, it may be desirable to combine such administration with other treatments, e.g., radioactive therapy, both targeted and non-targeted, chemotherapies, and lymphokine or cytokine administration, e.g., interleukins, interferons, TNFs, colony stimulating factors, etc.

Typically, treatment will be effected weekly, for about 2 to 10 weeks, more typically about 4 weeks. A particularly preferred dosage regimen will comprise administration of about 375 mg/m² weekly for a total of four infusions. Also, stepped-up dosing schedules may be even more preferable.

4

If radiation is used in conjunction with the therapeutic anti-CD20 antibody, it is preferred that an yttrium-labeled anti-CD20 antibody be utilized, such as the one disclosed in U.S. Pat. No. 5,736,137, incorporated by reference in its entirety herein. This antibody, [⁹⁰Y]-2B8-MX-DTPA, has reported efficacy in the treatment of B-cell lymphoma. The hybridoma that produces the 2B8 antibody was deposited at the American Type Culture Collection under accession no. HB 11388 on Jun. 22, 1993, under the provisions of the Budapest Treaty, and was made irrevocably available upon issuance of U.S. Pat. No. 5,736,137, without any restrictions. This hybridoma was found to be viable and will be replaced during the lifetime of any patent that issues based on this application, should it become non-viable.

A particularly preferred chemotherapeutic regimen that may be used in conjunction with the subject antibody immunotherapy comprises CHOP chemotherapy, which comprises the administration of a combination of cyclophosphamide, doxorubicin, vincristine, and prednisone. Other known chemotherapeutics include methotrexate, cisplatin, toremifene, and tamoxifen.

The following examples are not intended, nor are they to be construed, as limiting the invention. The examples are intended to provide clinical evidence in support of the efficacy of the invention.

EXAMPLE 1

Two patients in whom we noted rapid reduction of blood tumor cells, which was associated with severe pulmonary infusion-related toxicity and thrombocytopenia, were studied. Also, two additional patients were collected from physician-submitted reports of adverse events related to RITUXAN® (rituximab) treatment. Pretreatment characterization of these patients included a median age of 60 years (range 26-73) with the diagnosis of B-prolymphocytic leukemia (B-PLL), chronic lymphocytic leukemia (CLL), or transformed non-Hodgkin's lymphoma. All of these patients had elevated leukocyte counts as a consequence of blood tumor involvement, bulky adenopathy and organomegaly. All four patients developed a unique syndrome of severe infusion-related reactions characterized by fever, rigors, bronchospasm with associated hypoxemia, requiring temporary cessation of RITUXAN® (rituximab) therapy. Concurrent with these symptoms, a rapid decrement in circulating tumor cell load (mean pretreatment 98×10⁹/L; range 73-132 vs. mean post-treatment 11×10⁹/L; range 37-24.6) with mild electrolyte evidence of rapid tumor lysis was observed. Thrombocytopenia, a finding not commonly associated with RITUXAN® (rituximab) therapy, was noted in all four patients (mean pretreatment 145×10⁹/L; range 57-277 vs. mean post-treatment 5n×10⁹/L; range 2-120), requiring transfusion in one case. Symptoms of this syndrome required hospitalization but resolved with supportive care. Subsequent RITUXAN® (rituximab) treatment were well tolerated in all patients.

Two subsequent patients with CLL have been treated with high blood tumor counts utilizing stepped-up dosing (100 mg day 1 followed by the rest of therapy on day 1) with demonstrated efficacy, thrombocytopenia but minimal infusion-related toxicity. RITUXAN® (rituximab) administration in patients with hematologic malignancies who have blood tumor cell involvement may be associated with a higher frequency of severe initial infusion-related reactions and thrombocytopenia mandating careful clinical monitoring. Given the preliminary activity of RITUXAN® (rituximab) in these patients, future studies in CLL and PLL, utilizing a stepped-up dosing schedule, are to be conducted.

US 7,682,612 B1

5

### EXAMPLE 2

Unlabeled immunoglobulins (monoclonal antibodies, Mabs) are attractive for the treatment of NHL as they may: mediate cytotoxicity with complement (CDC) or effector cells (ADCC); effect apoptosis; be less toxic, less immunogenic and possibly more effective than toxin- or drug-conjugated Mabs; not require the complex procedures needed for radiolabeled Mab therapy (radioimmunotherapy, RIT), and not produce the myelosuppression typical of high-dose RIT.

Until recently, use of Mabs in the treatment of hematologic malignancies has been limited. However, the chimeric anti-CD20 Mab, RITUXAN® (rituximab), has a low toxicity profile and significant clinical efficacy and is now approved by the U.S. Food and Drug Administration (November 1997) and in the E.U. (June 1998) for the treatment of relapsed or refractory, low-grade or follicular (R-LG/F) NHL. In a single-agent phase III clinical trial, of 166 patients with R-LG/F NHL treated with RITUXAN® (rituximab) at 375 mg/m² weekly for four infusions (study 102-05), the overall response rate (ORR) was 48% (6% complete response (CR) and 42% partial response (PR)). Median time to progression for responders was 13.1 months and duration of response was 11.2 months. Median circulating B-lymphocyte counts dropped to zero following the first dose. CD3, CD4, CD8 and NK cell counts remained unchanged. B-cell recovery in peripheral blood began at 6-9 months and was complete by 9-12 months. No significant changes in serum complement levels were noted. The mechanism for action remains unresolved with CDC, ADCC, apoptosis and/or others being considered. In spite of the absence of a clinical/laboratory correlation, the contribution of CDC cannot be discounted. We have seen a correlation between higher absolute NK cell count at baseline and response to the Mab.

| Cell Type | # Patients CR + PR | Abs. Count | # Patients NR | Abs. Count | P-value |
|---|---|---|---|---|---|
| NK | 98 | 180 | 15 | 98 | 0.02 |
| NK + ANC | 98 | 185 | 15 | 102 | 0.02 |
| ANC | 101 | 3.7 | 15 | 3.4 | 0.40 |
| CD3+ | 98 | 761 | 15 | 576 | 0.37 |
| Platelets | 101 | 187 | 15 | 206 | 0.32 |

Note: N = 166 patients from study 102-05, and 37 from 102-06. Abs. Count: NK, CD3 = cells/mm³; ANC, Pts. = cells x 10³/mm³. P value for the difference between Abs. Counts.

ADCC may be an important mechanism for the clinical activity seen in patients treated with RITUXAN® (rituximab). Agents which enhance effector cell number and activity may synergize with the Mab. Studies of RITUXAN® (rituximab) in combination with cytokines, e.g., Il-2, G-CSF, GM-CSF, INF, are also ongoing.

### EXAMPLE 3

#### Phase I/II Study of RITUXAN® (rituximab) in CLL

RITUXAN® (rituximab) is a monoclonal antibody targeting CD20 that has significant activity in the treatment of low-grade lymphoma (LGL). When given at a dosage of 375 mg/m² weekly for four weeks the response rate in relapsed patients was 43% (McClaughlin et al., KOO, Vol. 14, 1998). Patients with small lymphocytic lymphoma (SLL) had lower response rates (13%) than patients with other subtypes of LGL and lower serum levels of RITUXAN® (rituximab). Reduced response seen in SLL could be related to lower

6

density of CD20 antigen and/or higher circulating B-cell counts. Both factors would be expected to impact (negatively) on response seen in CLL.

In an attempt to maximize activities in CLL we are conducting a Phase I/II study. All patients receive a first dose of 375 mg/m² to minimize infusion related side effects. Subsequent weekly dosages (3) remain the same but are given at an increased dose level. Sixteen patients have been treated at dosages of 500-1500 mg/m². Median age was 66 years (range, 25-78). Eighty-one percent had end-stage III-IV disease. Median white blood cell count was 40x10⁹/L (range, 4-200), Hgb 11.6 g/dl (range, 7.7-14.7), platelets 75x10⁹/L (range, 16-160), median β₂ microglobulin was 4.5 mg/L (range, 3.1-9.2). Median numbers of prior therapies was 2.5 (range 1-9). Sixty percent of patients were refractory to treatment. Two patients developed severe hypertension with the first dose (375 mg/m²); another one received further therapy. Toxicity at subsequent escalated dosages has been mild although no patient at the 1500 mg/m² dose level has been fully evaluated. Eight patients have completed therapy (4 at 500 mg/m², 3 at 650 mg/m², 1 at 825 mg/m²). One patient treated at 560 mg/m² achieved full remission. One patient has progressive lymphocytosis on treatment and all other patients had reduction in peripheral blood lymphocytosis but less effect on lymph nodes. Dose escalation studies are ongoing.

### EXAMPLE 4

#### Use of Cytokines to Upregulate the Expression of CD20

Another approach to improving response in CLL patients is to upregulate the CD20 antigen using cytokines. In an in vitro study, mononuclear cells from CLL patients were incubated for 24 hours with various cytokines. Flow cytometry results showed significant up-regulation by IL-4, GM-CSF, and TNF-alpha. (Venugopal P, Sivaraman S, Huang X, Chopra H, O'Brien T, Jajeh A, Preisler H. Upregulation of CD20 expression in chronic lymphocytic leukemia (CLL) cells by in vitro exposure to cytokines. *Blood* 1998; 10:247a.) In fact, recent data suggest that the upregulation of CD20 observed on CLL cells may be limited to tumor cells (Venogopal et al. Poster—PanPacific Lymphoma meeting, June 1999. Cytokine-induced upregulation of CD20 antigen expression in chronic lymphocytic leukemia (CLL) cells may be limited to tumor cells). Preliminary data also suggest that interferon alpha also upregulates CD20 on CLL cells after only 24 hours when applied at a concentration of 500 to 1000 U/ml.

Thus, by administering certain cytokines to CLL patients prior to or concurrently with administration of RITUXAN® (rituximab), the expression of CD20 on the surface of malignant B-cells may be upregulated, thereby rendering CD20, as well as other cell surface markers such as CD19, a more attractive target for immunotherapy.

A collaborative study has been initiated to test for optimal cytokine doses for CD20 upregulation in vivo. The study protocol involves treating ten patients initially with GM-CSF at 250 mcg/m² SQ QD X 3, ten patients with IL-4 mcg/kg SQ QD X 3, and ten patients with G-CSF at 5 mcg/kg SQ QD X 3. Mononuclear cells will be separated by FICOLL® (sucrose-epichlorohydrin copolymer) Hypaque centrifugation

US 7,682,612 B1

7

8

for apoptotic studies to determine if upregulation of CD20 translates to enhanced killing of tumor cells by RITUXAN® (rituximab).

## EXAMPLE 5

### Combination Antibody and Chemotherapy Protocol

Antibody treatment of CLL can be combined with other conventional chemotherapeutic treatments known to be useful for the treatment of CLL. The most frequently used single agent for CLL is chlorambucil (LEUKERAN®), given either as 0.1 mg/kg daily or 0.4 to 1.0 mg/kg every 4 weeks. Chlorambucil is often combined with oral prednisone (30 to 100 mg/m²/d), which is useful in the management of autoimmune cytopenias. Cyclophosphamide is an alternative to chlorambucil, the usual dose being 1-2 g/m² every 3-4 weeks together with vincristine and steroids (e.g., COP regimen).

Various drug combinations have been used for CLL, including COP (cyclophosphamide, Oncovin, and prednisone), and CHOP (these three drugs plus doxorubicin). Fludarabine has shown an effect in the treatment of CLL, and gave an ORR of 50% in a group of patients treated with 25-30 mg/m²/d every 3-4 weeks. See www.cancernetwork.com. Some patients have been shown to be refractory for fludarabine. Such patients may also be resistant to 2-CdA because often, patients who are refractory to fludarabine are also refractory to 2-CDA (O'Brien et al. N. Engl. J. Med. 330: 319-322 (1994)).

Hence, anti-CD20 antibody therapy will be particularly useful for patients who are refractory or who have relapsed after treatment with chemotherapeutic drugs. RITUXAN® (rituximab) therapy may also be combined with radiotherapy in these patients. TBI with a low fraction size of 15 cGy to total doses of 75 to 150 cGy has been shown to be effective in about one-third of patients.

A Phase II trial is currently being conducted by CALGB in CLL patients. RITUXAN® (rituximab) and fludarabine are administered concurrently; followed by RITUXAN® (rituximab) consolidation versus fludarabine induction followed by RITUXAN® (rituximab). The goals of the study are (1) to determine in fludarabine treated CLL patients the complete response (CR) rate and toxicity profile of concurrent and consolidative RITUXAN® (rituximab) therapy (Arm I) and of consolidative RITUXAN® (rituximab) therapy (Arm II); (2) to assess the CR rate in patients receiving concurrent therapy with RITUXAN® (rituximab) and fludarabine (the inductive phase of Arm I); (3) to assess the frequency of conversion of a partial response (PR) to a CR or stable disease to either PR or CR in CLL patients receiving consolidative therapy with RITUXAN® (rituximab); (4) to follow the effects of therapy with RITUXAN® (rituximab) and fludarabine on the immunologic markers CD4, CD8, IgG, IgA and IgM; and (5) to examine progression-free survival and overall survival in Arms I and II.

Although the present invention has been described in some detail by way of illustration and example, for purposes of clarity and understanding it will be apparent that certain changes and modifications may be practical within the scope of the appended claims.

What is claimed is:

1. A method of treating chronic lymphocytic leukemia in a human patient, comprising administering an anti-CD20 antibody to the patient in an amount effective to treat the chronic lymphocytic leukemia, wherein the method does not include treatment with a radiolabeled anti-CD20 antibody.

2. A method according to claim 1, wherein the anti-CD20 antibody is administered to the patient at a dosage of about 0.001 to about 30 mg/kg.

3. A method according to claim 1, wherein the anti-CD20 antibody is administered to the patient at a dosage of about 0.01 to about 25 mg/kg.

4. A method according to claim 1, wherein the anti-CD20 antibody is administered to the patient at a dosage of about 0.1 to about 20 mg/kg.

5. A method according to claim 1, wherein the anti-CD20 antibody is administered to the patient at a dosage of about 375 mg/m².

6. A method of treating chronic lymphocytic leukemia in a human patient, comprising administering an anti-CD20 antibody to the patient in an amount effective to treat the chronic lymphocytic leukemia, wherein the anti-CD20 antibody is administered to the patient at a dosage of about 500 to about 1500 mg/m², wherein the method does not include treatment with a radiolabeled anti-CD20 antibody.

7. A method according to claim 6, wherein the anti-CD20 antibody is administered to the patient at a dosage of about 500 mg/m².

8. A method according to claim 1 or 6, wherein the patient has relapsed following previous treatment for the chronic lymphocytic leukemia.

9. A method according to claim 1 or 6, wherein the patient is refractory to a treatment previously administered for the chronic lymphocytic leukemia.

10. A method according to claim 9, wherein the patient is refractory to fludarabine.

11. A method according to claim 1 or 6, wherein the anti-CD20 antibody is a chimeric antibody.

12. A method according to claim 11, wherein the anti-CD20 antibody is rituximab.

13. A method according to claim 1 or 6, wherein the anti-CD20 antibody is a humanized antibody.

14. A method according to claim 1 or 6, wherein the anti-CD20 antibody is a human antibody.

15. A method according to claim 1 or 6, wherein the anti-CD20 antibody comprises a CD20-binding fragment of a chimeric, humanized, or human antibody.

16. A method according to claim 1 or 6, wherein the anti-CD20 antibody is administered to the patient repeatedly.

17. A method according to claim 16, wherein the anti-CD20 antibody is administered to the patient weekly.

18. A method according to claim 16, wherein the anti-CD20 antibody is administered to the patient weekly for about 2 to 10 weeks.

19. A method according to claim 16, wherein the anti-CD20 antibody is administered to the patient biweekly.

20. A method according to claim 16, wherein the anti-CD20 antibody is administered to the patient monthly.

21. A method according to claim 1 or 6, wherein the anti-CD20 antibody is administered to the patient parenterally.

22. A method according to claim 21, wherein the anti-CD20 antibody is administered to the patient by intravenous infusion.

23. A method of treating chronic lymphocytic leukemia in a human patient, comprising administering an anti-CD20 antibody to the patient in an amount effective to treat the chronic lymphocytic leukemia, wherein the anti-CD20 antibody therapy is combined with chemotherapy, wherein the method does not include treatment with a radiolabeled anti-CD20 antibody.

24. A method according to claim 23, wherein the anti-CD20 antibody is administered to the patient at a dosage of about 0.001 to about 30 mg/kg.

US 7,682,612 B1

9

25. A method according to claim 23, wherein the anti-CD20 antibody is administered to the patient at a dosage of about 0.01 to about 25 mg/kg.

26. A method according to claim 23, wherein the anti-CD20 antibody is administered to the patient at a dosage of about 0.1 to about 20 mg/kg.

27. A method according to claim 23, wherein the anti-CD20 antibody is administered to the patient at a dosage of about 375 mg/m².

28. A method of treating chronic lymphocytic leukemia in a human patient, comprising administering an anti-CD20 antibody to the patient in an amount effective to treat the chronic lymphocytic leukemia, wherein the anti-CD20 antibody is administered to the patient at a dosage of about 500 to about 1500 mg/m², wherein the anti-CD20 antibody therapy is combined with chemotherapy, and wherein the method does not include treatment with a radiolabeled anti-CD20 antibody.

29. A method according to claim 28, wherein the anti-CD20 antibody is administered to the patient at a dosage of about 500 mg/m².

30. A method according to claim 23 or 28, wherein the patient has relapsed following previous treatment for the chronic lymphocytic leukemia.

31. A method according to claim 23 or 28, wherein the patient is refractory to a treatment previously administered for the chronic lymphocytic leukemia.

32. A method according to claim 31, wherein the patient is refractory to fludarabine.

33. A method according to claim 23 or 28, wherein the anti-CD20 antibody is a chimeric antibody.

34. A method according to claim 33, wherein the anti-CD20 antibody is rituximab.

35. A method according to claim 23 or 28, wherein the anti-CD20 antibody is a humanized antibody.

36. A method according to claim 23 or 28, wherein the anti-CD20 antibody is a human antibody.

37. A method according to claim 23 or 28, wherein the anti-CD20 antibody comprises a CD20-binding fragment of a chimeric, humanized, or human antibody.

38. A method according to claim 23 or 28, wherein the anti-CD20 antibody is administered to the patient repeatedly.

39. A method according to claim 38, wherein the anti-CD20 antibody is administered to the patient weekly.

40. A method according to claim 38, wherein the anti-CD20 antibody is administered to the patient weekly for about 2 to 10 weeks.

41. A method according to claim 38, wherein the anti-CD20 antibody is administered to the patient biweekly.

42. A method according to claim 38, wherein the anti-CD20 antibody is administered to the patient monthly.

10

43. A method according to claim 23 or 28, wherein the anti-CD20 antibody is administered to the patient parenterally.

44. A method according to claim 43, wherein the anti-CD20 antibody is administered to the patient by intravenous infusion.

45. A method according to claim 23 or 28, wherein the anti-CD20 antibody therapy and the chemotherapy are administered to the patient concurrently.

46. A method according to claim 23 or 28, wherein the chemotherapy comprises chlorambucil.

47. A method according to claim 23 or 28, wherein the chemotherapy comprises cyclophosphamide.

48. A method according to claim 47, wherein the chemotherapy comprises cyclophosphamide, vincristine, and prednisone (COP).

49. A method according to claim 47, wherein the chemotherapy comprises cyclophosphamide, vincristine, prednisone, and doxorubicin (CHOP).

50. A method according to claim 23 or 28, wherein the chemotherapy comprises vincristine.

51. A method according to claim 23 or 28, wherein the chemotherapy comprises prednisone.

52. A method according to claim 23 or 28, wherein the chemotherapy comprises doxorubicin.

53. A method according to claim 23 or 28, wherein the chemotherapy comprises fludarabine.

54. A method according to claim 23 or 28, wherein the chemotherapy comprises methotrexate.

55. A method according to claim 23 or 28, wherein the chemotherapy comprises cisplatin.

56. A method according to claim 23 or 28, wherein the chemotherapy comprises toremifene.

57. A method according to claim 23 or 28, wherein the chemotherapy comprises tamoxifen.

58. A method of treating chronic lymphocytic leukemia in a human patient, comprising administering an anti-CD20 antibody to the patient in an amount effective to treat the chronic lymphocytic leukemia, wherein the patient is refractory to fludarabine previously administered for the chronic lymphocytic leukemia, and wherein the method does not include treatment with a radiolabeled anti-CD20 antibody.

59. A method according to claim 6, 28, or 58, wherein radiation is not used in conjunction with the anti-CD20 antibody.

60. A method of treating chronic lymphocytic leukemia in a human patient, comprising administering a therapeutic non-radiolabeled anti-CD20 antibody to the patient in an amount effective to treat the chronic lymphocytic leukemia, wherein radiation is not used in conjunction with said anti-CD20 antibody.

* * * * *

JS 44 (Rev. 12/07) **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| BIOGEN IDEC, INC. and GENENTECH, INC. | GLAXOSMITHKLINE LLC and GLAXO GROUP LIMITED |

**(b)** County of Residence of First Listed Plaintiff <u>San Diego</u>
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant <u>Philadelphia, PA</u>
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

10 MAR 23 PH 4: 20

SOUTHERN DISTRICT OF CALIFORNIA

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
John Allcock (Bar No. 098895)
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
(619) 699-2828

Attorneys (If Known)

BY: _____ DEPUTY

'10 CV 0608 BEN        WVG

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question (U.S. Government Not a Party) |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity (Indicate Citizenship of Parties in Item III) |

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☒ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | **PERSONAL PROPERTY** | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 380 Other Personal | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 385 Property Damage | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | Product Liability | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | **IMMIGRATION** | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | to Justice |
| | ☐ 446 Amer. w/Disabilities – | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus – | | ☐ 950 Constitutionality of |
| | Other | | Alien Detainee | | State Statutes |
| | ☐ 440 Other Civil Rights | | ☐ 465 Other Immigration Actions | | |

**V. ORIGIN** (Place an "X" in One Box Only)

| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from another district (specify) | ☐ 6 Multidistrict Litigation | ☐ 7 Appeal to District Judge from Magistrate Judgment |

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
35 U.S.C. Section 1 et seq.
Brief description of cause:
Patent infringement

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY**
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE
March 23, 2010
SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # 11442 AMOUNT $350 APPLYING IFP JUDGE MAG. JUDGE

MB 03-23-10

WEST\21906177.1

```
Court Name: USDC California Southern
Division: 3
Receipt Number: CASO11442
Cashier ID: mbain
Transaction Date: 03/23/2010
Payer Name: DLA PIPER
--------------------------------
CIVIL FILING FEE
 For: BIOGEN AND GENENTECH V GLAXOSM
 Case/Party: D-CAS-3-10-CV-000608-001
 Amount:      $350.00
--------------------------------
CHECK
 Check/Money Order Num: 592242
 Amt Tendered:  $350.00
--------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00


There will be a fee of $45.00
charged for any returned check.
```