FILED

11 MAR -1 AM 9:58

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:  DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIOGEN IDEC, INC., and GENENTECH, INC.,<br><br>　　　　　　　　　　　Plaintiffs,<br>　vs.<br><br>GLAXOSMITHKLINE LLC and GLAXO GROUP LIMITED,<br><br>　　　　　　　　　　　Defendants. | Case No. 10-CV-608 BEN (WVG)<br><br>**ORDER REGARDING CLAIM-CONSTRUCTION BRIEFING AND HEARING PROCEDURE** |

　　　The following requirements and procedures shall apply to the claim-construction briefing and hearing – and to the preparations therefor – in this action:

## I.
## CLAIM-CONSTRUCTION HEARING

　　　A.　<u>Date</u>.　On the Court's own motion, the hearing date is hereby **CONTINUED** from the originally-scheduled date, May 16, 2011, to ***Friday, June 3, 2011, at 10:00 AM***.

　　　B.　<u>Duration</u>.　The claim-construction hearing shall begin promptly and shall last no more than three (3) hours.

　　　C.　<u>Hearing Equipment</u>.　The parties should not assume the availability of any Court-owned equipment and must plan accordingly.

　　　D.　<u>Obtaining Leave of Court before Bringing Equipment to the Hearing</u>.　Pursuant to

1  existing security regulations, no equipment is permitted to enter the courthouse without a signed
2  order from the Court.  To obtain the requisite leave of Court, a party shall file a motion, and lodge
3  with chambers a proposed order, that itemizes each piece of equipment the party intends to bring to
4  the hearing.  The motion must be filed ***no later than seven (7) calendar days before*** the hearing.

5      E.    <u>Hearing Preparations</u>.  With the prior approval of the Courtroom Deputy, the parties
6  may arrange to access the courtroom before the hearing to set up.  Parties seeking early access shall
7  contact the Courtroom Deputy telephonically, at (619) 557-6422, ***not less than seven (7) calendar***
8  ***days before*** the hearing, to obtain approval and coordinate arrival times, as appropriate.

## II.

## CLAIM-CONSTRUCTION BRIEFING

The Court grants the parties leave to file, concurrently with their opening and rebuttal claim-construction briefs, declarations from their respective expert witnesses, as proposed in the Joint Hearing Statement. [Doc. # 37.]  However, the grant of leave to file such extrinsic evidence does not mean that such evidence shall be accorded weight.  <u>See, e.g.</u>, <u>Vitronics Corp. v. Conceptronic, Inc.</u>, 90 F.3d 1576 (Fed. Cir. 1996).

## III.

## TUTORIALS

A.    <u>Submission of Science/Technology Tutorial</u>.  Plaintiffs and Defendants may submit tutorials describing the science, technology, and matters in issue for the benefit of the Court.  While the Court encourages the parties to collaborate on – and submit – a joint tutorial, the Court shall accept a separate tutorial from each side, for a total of two (2) tutorials.  Any tutorials submitted must be filed not less than ***seven (7) calendar days before*** the claim-construction hearing.

B.    <u>Format of Tutorial</u>.  If the parties wish to provide a tutorial in a format other than Microsoft Powerpoint,™ VHS, or DVD, they must contact Chambers prior to filing to confirm that the Court's existing technology can access the tutorial content.  Failure to submit the tutorial in a format accessible by the Court may result in the striking of that tutorial.

C.    <u>Tutorial Filing Procedure</u>.  Parties choosing to file a tutorial shall, by the deadline

1 | stated above, file at the Clerk's Window: (1) a "Notice of Conventional Filing" setting forth a short
2 | description of the format and content of the tutorial and (2) two identical copies of the tutorial, of
3 | which one shall be labeled, "Chambers' Copy." The Clerk of the Court shall retain the other copy
4 | for the *public record* of these proceedings.

**IT IS SO ORDERED.**

Dated: February 28, 2011

_____
THE HONORABLE ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE